```diff
  10 ▪▪▪▪  api/routes/routes.js
  ...   ...  @@ -1,17 +1,17 @@
   1     1     module.exports = function(app) {
   2     2         app.route('/')
   3     3             .get(function(req, res) {
-  4                     res.status(200).send('RH API Loaded');
+        4               res.status(200).send('Crown API Loaded v2');
   5     5             });
   6     6
   7     7
   8     8     /***** Each of the API's define the routes *****/
   9     9
- 10             /* Player API */
+       10     //* Player API */
  11    11     var playerApi = require('../v2/Player/PlayerApi').api;
  12    12     playerApi(app);
  13    13
- 14             /* Game API */
- 15             var gamesApi = require('../v2/Game/GameApi').api;
- 16             gamesApi(app);
+       14     //* Game API */
+       15     //var gamesApi = require('../v2/Game/GameApi').api;
+       16     //gamesApi(app);
  17    17     }
```