AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ✖ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>USDC – Middle District of Florida |
|---|---|
| DOCKET NO.<br>6:20-cv-1210-Orl-31GJK | DATE FILED<br>July 8, 2020 |
| 401 W. Central Boulevard, Suite 1200<br>Orlando, FL 32801 | |

| PLAINTIFF | DEFENDANT |
|---|---|
| STARLINE MEDIA, INC., et al. | STAR STATUS GROUP, et al. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1   see attached Complaint | | |

| CLERK<br>ELIZABETH M. WARREN | (BY) DEPUTY CLERK<br>ROlsen | DATE<br>July 9, 2020 |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy