UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO.: 6:20-CV-01210-GAP-GJK

**DAVID NDALAMBA, an individual resident
of Canada, and STARLINE MEDIA, INC., a
Canadian corporation,
Plaintiffs,**
v.
**ELISHA TRICE, an individual resident of Florida,
JOMY STERLING, an individual resident of Florida,
and STAR STATUS GROUP, a company of
unknown residency,
Defendants.**
_____/

### AGREED PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE AN AMENDED COPMPLAINT AND TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

COME NOW, Plaintiffs, DAVID NDALAMBA and STARLINE MEDIA, INC., pursuant to Fed.R.Civ.P. 6, respectfully move the Court to extend the time by 10 days, up to and including August, 21, 2020, to file the Amended Complaint, and as for good cause, states as follows:

### DECLARATION OF LOUIS R. GIGLIOTTI, ESQ.

I, LOUIS R. GIGLIOTTI, ESQ., on this 20th day of August, 2020, declare, pursuant to 28 USC §1746, under penalty of perjury, and Local Rule 3.01(g), that I conferred with opposing counsel, Shaun Keough, Esq., and he consents to this Motion, and the relief requested.

### I. INTRODUCTION.

This Motion is timely, and causes no other delay or other rescheduling of any other dates. Defendants have filed a Motion to Dismiss, and pursuant to Local Rule 3.01(b), Plaintiff's Response is due today. Plaintiff's counsel contacted opposing counsel to discuss the Motion and to inform that Plaintiff intends to amend the Complaint, to address at least some of Defendants

1

concerns raised ion the Motion.  In accordance with Rule 15(B) Plaintiff has 21 days to amend as a matter of right, while the Response to the Motion to Dismiss has a 14 day deadline.

The Parties have a Scheduling Conference on Tuesday, August 25, 2020.  At the conference, the Parties have agreed to discuss the parameters of the Amended Complaint, and the merits of Defendants Motion to Dismiss with the intent to streamline the issue to be litigated.

Local Rule 3.01(b) and Rule 15 appear to conflict on the time frame for amending or responding, thus, in an abundance of caution, Plaintiffs respectfully request a due date of August 31, 2020 to file the Amended Complaint.

WHEREFORE, Plaintiffs request an Order granting a 10 day extension for Plaintiffs to file the Amended Complaint, with a due date of  August 31, 2020.

                                                     Respectfully submitted,

Date:   August 20, 2020                            /s/Louis R. Gigliotti

Louis Gigliotti *pro hac vice*
Louis R. Gigliotti, PA
Florida Bar No.: 71935
1605 Dewey Street
Hollywood, FL 33020
P: 954-471-4392
lgigliotti@bellsouth.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been filed via ECF this 20th day of August, 2020.

                                                     By: s/Louis R. Gigliotti,Esq./
                                                        Louis R. Gigliotti, Esq.