UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DAVID NDALAMBA, and STARLINE MEDIA, INC.<br>          Plaintiffs,<br><br>v.<br><br>ELISHA TRICE, JOMY STERLING, and STAR STATUS GROUP<br><br>          Defendants. | Civil Action No. 6:20-CV-01210-GAP-GJK<br><br><br><br>**JURY DEMAND** |
| JOMY STERLING and STAR STATUS GROUP<br>          Counterclaim Plaintiffs,<br><br>v.<br><br>DAVID NDALAMBA and TYLER GNASS<br>          Counterclaim Defendants. | |

**DEFENDANTS JOMY STERLING AND STAR STATUS GROUP'S FIRST AMENDED COUNTERCLAIMS AGAINST DAVID NDALAMBA AND TYLER GNASS**

Pursuant to Rules 13, 15, and 20 of the Federal Rules of Civil Procedure, Defendants Jomy Sterling and Star Status Group ("**SSG**") bring the following Amended Counterclaims against David Ndalamba (as an individual and as a purported agent of Starline Media, Inc.) and Tyler Gnass for damages caused by their illegal conduct.

## INTRODUCTION

The lawsuit filed against Ms. Sterling and her Roblox group is part of a smear campaign engineered by Mr. Ndalamba and Mr. Gnass to destroy Ms. Sterling's reputation and business all because she is developing and about to publish a game on the Roblox platform called *Crown Academy* that will directly compete with a game Mr. Ndalamba is associated with called *Royale High*. Not only that, Mr. Gnass' actions are revenge for being justifiably let go by Ms. Sterling for willfully violating the basic terms of the parties' working relationship. Prior to Mr. Ndalamba's filing of the lawsuit, he and Mr. Gnass made defamatory and disparaging statements about Ms. Sterling and her Roblox group to many in the Roblox community (including Ms. Sterling's business associates and extensive fan base) by way of a YouTube video, Discord chats, social media posts, and direct online and phone communications. At one point, Mr. Gnass orchestrated a false and defamatory Twitter post by enlisting the help of an innocent bystander so that he could harm Ms. Sterling and her business without actually getting any blood on his hands. As a direct consequence and proximate cause of Mr. Ndalamba and Mr. Gnass' actions Ms. Sterling's reputation in the Roblox community has been irreparably shattered and the impending release of her game *Crown Academy* has been effectively sabotaged. Ms. Sterling has suffered and is expected to suffer substantial lost profits and related damages (including extensive damage to her reputation) in an amount exceeding $75,000.

## PARTIES

1. Counterclaim Plaintiff Jomy Sterling, in her individual capacity and as the sole owner of the Roblox group called Star Status, is a Florida resident and resides in this District.

2. Counterclaim Plaintiff Star Status Group is a Roblox group.

3.     Counterclaim Defendant David Ndalamba ("**Mr. Ndalamba**") is an individual that resides in Ontario, Canada.

4.     Counterclaim Defendant Tyler Gnass ("**Mr. Gnass**") is an individual that resides in the State of Michigan.

## JURISDICTION AND VENUE

5.     This Court has both subject matter and personal jurisdiction over Mr. Ndalamba. The Court has supplemental subject matter jurisdiction over Mr. Ndalamba because the claims he has asserted against Ms. Sterling are so related to Ms. Sterling's claims that they form part of the same case or controversy. Diversity jurisdiction also exists with respect to Mr. Ndalamba because he is a resident of Canada and the damages in this case are in excess of $75,000 with respect to his conduct alone.

6.     Mr. Ndalamba is a plaintiff in this action and as such has already availed himself to the jurisdiction and venue of this Court.

7.     This Court has both subject matter and personal jurisdiction over Mr. Gnass. The Court has supplemental subject matter jurisdiction over Mr. Gnass because the claims Mr. Ndalamba and Starline Media, Inc. have asserted against Ms. Sterling are so related to Ms. Sterling's claims that they form part of the same case or controversy. Diversity jurisdiction also exists with respect to Mr. Gnass because his is a resident of Michigan and the damages in this case are in excess of $75,000 with respect to his conduct alone. Venue is appropriate with respect to Mr. Gnass because the Court has personal jurisdiction over him.

## FACTS

8.     Ms. Sterling is the owner of a Roblox group called Star Status.

9. Ms. Sterling goes by the persona Pixelated Candy and is well known in the Roblox community largely because of her popular Roblox game *Fashion Famous*, the creation of other popular Roblox game assets, and significant community engagement since at least as early as 2014.

10. In or around June of 2018, Ms. Sterling began the process of developing a new Roblox game, a game that she plans to release soon under the name *Crown Academy*. To date, development of the *Crown Academy* game has required in excess of 100+ man-hours and has cost Ms. Sterling at least $200,000 in related costs and expenses.

11. As part of the *Crown Academy* development process, Ms. Sterling enlists the help of independent contractors that help her design and code certain aspects of the game. Enlisting the help of independent contracts is standard industry practice.

12. In or around October 2018, Ms. Sterling enlisted the help of Mr. Gnass, an independent contractor. He was responsible for, *inter alia*, writing code for the *Crown Academy* game, which was in development at the time.

13. Despite an amicable working relationship when the relationship first started, Mr. Gnass began to engage in conduct that violated the basic terms of the working relationship he had established with Ms. Sterling. As a result of this misconduct, Ms. Sterling was forced to part ways with Mr. Gnass. Mr. Gnass became enraged with Ms. Sterling because of this and knew exactly how he was going to get his revenge.

14. Upon information and belief, Ms. Sterling would learn after parting ways with Mr. Gnass that he had engineered a scheme sometime during his time as an independent contractor for her to make it look like Ms. Sterling stole video game code and other information from her competitor, the team behind the game *Royale High*. He did this (a) by surreptitiously uploading *Royale High* code and other assets to Ms. Sterling's joint Discord channel and her proprietary game

code, and then after he parted ways with Ms. Sterling, (b) by publicly disclosing to others in the Roblox community that Ms. Sterling had stole *Royale High* code (when in fact he was the one that surreptitiously put it in the Discord channel and Ms. Sterling's code in the first place). Mr. Gnass knew that the statements he made about Ms. Sterling and her game were false when he made them.

15. Mr. Gnass was not alone. Like Mr. Gnass, Mr. Ndalamba, knowing of Mr. Gnass' meddling and smear campaign, publicly disclosed to others in the Roblox community false, defamatory, and disparaging statements about Ms. Sterling and her game, namely that she had stolen code and other assets from *Royale High*. Mr. Ndalamba knew the statements he made were false when he made them.

16. On or about February 2, 2020, Mr. Gnass and Mr. Ndalamba participated in a group call with one other person, which was recorded, and then subsequently uploaded and publicly published on YouTube for many in the Roblox community to see.

17. During the call Mr. Gnass made the following statements (among others):

    a. Ms. Sterling is a "shitty person."

    b. Ms. Sterling has "stolen shit from other people" and "scammed people."

    c. Ms. Sterling "stole the *Royale High* shop."

18. During the call Mr. Ndalamba made the following statements (among others):

    a. Ms. Sterling "has ruined" other peoples' lives.

    b. "Nothing good happens" when people associate themselves with Ms. Sterling.

    c. Ms. Sterling has stolen stuff and "gotten people to steal stuff" for her.

    d. Ms. Sterling and her group got caught stealing.

    e. We have a mass amount of evidence of Ms. Sterling's theft.

   f.  I wouldn't be surprised if she swatted someone or physically harmed someone.

19. Both Mr. Gnass and Mr. Ndalamba made the statements on the call (in addition to other similar statements made outside the call) with the express purpose of ruining Ms. Sterling's reputation in the Roblox community and to sabotage the release of her games, particularly her soon-to-be-released game *Crown Academy*. They both knew these statements would induce others not to associate themselves with Ms. Sterling and/or pay to play her new *Crown Academy* game.

20. Upon information and belief, the information screen-shared during the February 2, 2020 call and subsequently disseminated privately and publicly through platforms like Twitter were taken out of context and/or fabricated.

21. Statements similar to the statements made by Mr. Gnass and Mr. Ndalamba during the February 2, 2020 call have been published to others in private chats and phone calls, and publicly through Twitter and other social media posts.

22. The statements made by Mr. Gnass and Mr. Ndalamba were heard or read by individuals in Florida who watched the YouTube video, read such statements in social media posts, or otherwise received such statements through direct messages from the Counterclaim Defendants via a phone call or chat.

23. Mr. Gnass and Mr. Ndalamba's defamatory and disparaging statements have spread rapidly through the Roblox community to the point that there are now many high-profile videos on YouTube (many with 100,000 + views) discussing the false accusations.

24. Mr. Gnass and Mr. Ndalamba's actions have irreparably damaged Ms. Sterling's reputation as a Roblox developer and have sabotaged the impending release of her new game *Crown Academy*. For example, since the defamatory and disparaging statements have been made, Ms. Sterling has been unfollowed and unfriended by many business contacts that have a substantial

influence over the success of games published on the Roblox platform. Many of Ms. Sterling's fans (now former fans) have also indicated they will no longer support her or her games because of the false accusations.

## COUNT I - DEFAMATION

25. Ms. Sterling repeats and re-alleges each of the allegations in the paragraphs above as though they were fully set forth herein.

26. The Counterclaim Defendants each published false statements about Ms. Sterling, her game, and her group Star Status to others by way of a YouTube video, social media posts, and direct messages and phone calls.

27. The Counterclaim Defendants made the statements identified herein knowing they were false, with reckless disregard as to their falsity, or at the very least with negligence.

28. The statements made by the Counterclaim Defendants have subjected Ms. Sterling to hatred, distrust, ridicule, contempt, and disgrace within the Roblox community and have injured her in her trade and profession.

29. Ms. Sterling has been injured as a direct and proximate cause of the Counterclaim Defendants' statements.

## COUNT II – TRADE LIBEL

30. Ms. Sterling repeats and re-alleges each of the allegations in the paragraphs above as though they were fully set forth herein.

31. The Counterclaim Defendants each published false statements about Ms. Sterling, her game, and her group Star Status to others by way of a YouTube video, social media posts, and direct messages and phone calls.

32. When the Counterclaim Defendants made the statements alleged herein they knew or had reason to know that the statements would likely induce others not to deal with Ms. Sterling, her games, or her group Star Status.

33. The Counterclaim Defendants' statements that Ms. Sterling and her group stole code and other video game assets from a competitor have materially and substantially induced others not to deal with Ms. Sterling, her game, or her group Star Status.

34. The Counterclaim Defendants' statement have proximately caused and will continue to cause Ms. Sterling to lose substantial profits, in addition to a loss of business relationships and a fan base that are required to publish a successful game on Roblox.

WHEREFORE, Ms. Sterling and SSG respectfully request that the Court:

A. Enter judgment in Ms. Sterling and SSG's favor on each of Plaintiffs' claims, dismissing the claims with prejudice.

B. Award defendants Ms. Sterling and SSG their reasonable costs and fees, including attorneys' fees pursuant to 17 U.S.C. § 505.

C. Enter judgment in Ms. Sterling and SSG's favor on each of their counterclaims, finding that the Counterclaim Defendants have engaged in defamation and trade libel to Ms. Sterling and SSG's detriment.

D. Award Ms. Sterling and SSG damages (compensatory, special, punitive, or otherwise) against the Counterclaim Defendants in an amount to be determined at trial, but in no event less than $200,000, plus interest and costs.

E. Order the Counterclaim Defendants to retract all defamatory statements published to date and to issue a statement to the Roblox community through whatever means required indicating that all of the defamatory statements made by them were false, namely that Ms. Sterling and SSG did not steal any code or other assets from *Royale High*.

F. Prohibit the Counterclaim Defendants from making further defamatory statements about Ms. Sterling and SSG.

G. Grant Ms. Sterling and SSG such other and further relief as the Court may deem just and proper.

## JURY DEMAND

Ms. Sterling and SSG demand a jury trial on all claims so triable.

DATED: August 27, 2020                    Respectfully submitted

Jomy Sterling AND
Star Status Group
By Their Attorney,
/s/ Shaun P. Keough
Shaun P. Keough (Trial Counsel)
Florida Bar # 1000985
PARKER KEOUGH LLP
3505 Lake Lynda Dr. Suite 200
Orlando, FL 32817
Tel.: (321) 262-1146
Fax.: (617) 963-8315
E-mail: skeough@parkerkeough.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Court using the Court's ECF System which will electronically serve a copy on August 27, 2020 on all counsel of record.

BY: /s/ Shaun P. Keough
Shaun P. Keough (Trial Counsel)
Florida Bar # 1000985
PARKER KEOUGH LLP
3505 Lake Lynda Dr. Suite 200
Orlando, FL 32817
Tel.: (321) 262-1146
Fax.: (617) 963-8315
E-mail: skeough@parkerkeough.com
