UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO.: 6:20-CV-01210-GAP-GJK

**DAVID NDALAMBA, an individual resident
of Canada, and STARLINE MEDIA, INC., a
Canadian corporation,
Plaintiffs,**
v.
**ELISHA TRICE, an individual resident of Florida,
JOMY STERLING, an individual resident of Florida,
and STAR STATUS GROUP, a company of
unknown residency,
Defendants.**
_____/

## **PLAINTIFF DAVID NDALAMBA'S ANSWER AND AFFIRMATIVE DEFENSES TO AMENDED COUNTERCLAIM OF DEFAMATIIN AND TRADE LIBEL**

COMES NOW, Plaintiff, DAVID NDALAMBA answers Defendants' Counterclaim as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Plaintiff is without knowledge regarding the allegations contained in Paragraph 9 of the

1

Complaint, and thereof denies same, and demands strict proof thereof.

10. Plaintiff is without knowledge regarding the allegations contained in Paragraph 10 of the Complaint, and thereof denies same, and demands strict proof thereof.

11. Admitted.

12. Admitted.

13. Plaintiff is without knowledge regarding the allegations contained in Paragraph 13 of the Complaint, and thereof denies same, and demands strict proof thereof.

14. Plaintiff is without knowledge regarding the allegations contained in Paragraph 14 of the Complaint, and thereof denies same, and demands strict proof thereof.

15. Plaintiff denies the allegations contained in paragraph 15 of the Counterclaim, and therefore demands strict proof thereof.

16. Plaintiff is without knowledge regarding the allegations contained in Paragraph 16 of the Complaint, and thereof denies same, and demands strict proof thereof.

17. Plaintiff is without knowledge regarding the allegations contained in Paragraph 17 of the Complaint, and thereof denies same, and demands strict proof thereof.

18. Plaintiff is without knowledge regarding the allegations contained in Paragraph 18 of the Complaint, and thereof denies same, and demands strict proof thereof.

19. Plaintiff is without knowledge regarding the allegations contained in Paragraph 19 of the Complaint, and thereof denies same, and demands strict proof thereof.

20. Plaintiff is without knowledge regarding the allegations contained in Paragraph 20 of the Complaint, and thereof denies same, and demands strict proof thereof.

21. Plaintiff is without knowledge regarding the allegations contained in Paragraph 21 of the Complaint, and thereof denies same, and demands strict proof thereof.

22. Plaintiff is without knowledge regarding the allegations contained in Paragraph 22 of the Complaint, and thereof denies same, and demands strict proof thereof.

23. Plaintiff is without knowledge regarding the allegations contained in Paragraph 23 of the Complaint, and thereof denies same, and demands strict proof thereof.

24. Plaintiff is without knowledge regarding the allegations contained in Paragraph 24 of the Complaint, and thereof denies same, and demands strict proof thereof.

25. Plaintiff incorporates by reference his Responses to paragraphs 1-24 as if stated herein.

26. Plaintiff denies the allegations contained in paragraph 26 of the Counterclaim, and therefore demands strict proof thereof.

27. Plaintiff denies the allegations contained in paragraph 27 of the Counterclaim, and therefore allegations strict proof thereof.

28. Plaintiff denies the allegations contained in paragraph 28 of the Counterclaim, and therefore allegations strict proof thereof.

29. Plaintiff denies the allegations contained in paragraph 29 of the Counterclaim, and therefore allegations strict proof thereof.

30. Plaintiff incorporates by reference his Responses to paragraphs 1-29 as if stated herein.

31. Plaintiff denies the allegations contained in paragraph 31 of the Counterclaim, and therefore allegations strict proof thereof.

32. Plaintiff denies the allegations contained in paragraph 32 of the Counterclaim, and therefore allegations strict proof thereof.

33. Plaintiff denies the allegations contained in paragraph 33 of the Counterclaim, and therefore allegations strict proof thereof.

34. Plaintiff denies the allegations contained in paragraph 34 of the Counterclaim, and therefore allegations strict proof thereof.

## **AFFIRMATIVE DEFENSES**

1. Any statements made by Plaintiff are true.

2. Any alleged statements made by Plaintiff are merely opinion.

3. Any statements made by Plaintiff were made with appropriate consent.

4. Any alleged statements made by Plaintiff are protected by absolute privilege.

5. Any alleged statements made by Plaintiff are protected by qualified privilege.

6. Any alleged defamatory or libelous statements made by Plaintiff have been retracted.

Respectfully submitted,

Date:   September 9, 2020                         /s/Louis R. Gigliotti

Louis Gigliotti
Louis R. Gigliotti, PA
Florida Bar No.: 71935

> 1605 Dewey Street
> Hollywood, FL 33020
> P: 954-471-4392
> lgigliotti@bellsouth.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been filed via ECF this 9th day of September, 2020.

> By: /s/Louis R. Gigliotti,Esq./
> Louis R. Gigliotti, Esq.