UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DAVID NDALAMBA, and STARLINE MEDIA, INC.<br>      Plaintiffs,<br><br>v.<br><br>ELISHA TRICE, JOMY STERLING, and STAR STATUS GROUP<br><br>      Defendants. | Civil Action No. 6:20-CV-01210-GAP-GJK |
| JOMY STERLING and STAR STATUS GROUP<br>      Counterclaim Plaintiffs,<br><br>v.<br><br>DAVID NDALAMBA and TYLER GNASS<br><br>      Counterclaim Defendants. | |

### STATEMENT OF NATHANIEL LICHTIN CERTIFYING SERVICE OF PROCESS ON COUNTERCLAIM DEFENDANT TYLER GNASS

    I, Nathaniel Lichtin, declare under penalty of perjury, 28 U.S.C. § 1746, that the following is true and correct:

1. I am an associate at the firm Parker Keough LLP. Parker Keough LLP represents the counterclaim plaintiffs Jomy Sterling and Star Status Group in the above-referenced action.

2. I make this certification in support of Parker Keough LLP's service of process pursuant to Federal Rule of Civil Procedure Rule 4(e)(1) on counterclaim defendant Tyler Gnass. I have personal knowledge of the following facts and if called as a witness, I could and would testify to the facts stated herein.

3. Michigan Rule of Civil Procedure 2.105 states, in part, "(A) Individuals. Process may be served on a resident or nonresident individual by … (2) sending a summons and a copy of the complaint by registered or certified mail, return receipt requested, and delivery restricted to the addressee. Service is made when the defendant acknowledges receipt of the mail. A copy of the return receipt signed by the defendant must be attached to proof showing service under subrule (A)(2)."

4. On September 22, 2020, I mailed by certified mail, return receipt requested, delivery restricted to addressee, a true and attested copy of the Summons and Defendants Jomy Sterling and Star Status Group's First Amended Counterclaims Against David Ndalamba and Tyler Gnass [Dkt. No. 20] in this action to Tyler Gnass at 39774 Manor Drive, Harrison Township, MI, 48045.

5. On September 28, 2020, the package described in paragraph 4 above was received and signed for by Tyler Gnass.

6. On October 29, 2020, I received the signed return receipt for the package described in paragraph 4 above. A copy of said signed return receipt is attached hereto as **Exhibit A** and incorporated by reference.

I declare under penalties of perjury that this Statement of Nathaniel Lichtin Certifying Service of Process on Counterclaim Defendant Tyler Gnass has been examined by me and that its contents are true to the best of my information, knowledge, and belief. Executed on this 30th day of October, 2020.

_____
Nathaniel Lichtin (MA BBO No. 692764)
Parker Keough LLP
P.O. Box 590006
Newton, MA 02459
(617) 841-2418
nlichtin@parkerkeough.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Court using the Court's ECF System which will electronically serve a copy on October 30, 2020 on all counsel of record and a true and correct copy of the foregoing has been served on Tyler Gnass by first-class mail at 39774 Manor Drive, Harrison Township, Michigan, 48045.

BY: /s/ Shaun P. Keough
Shaun P. Keough, Esquire
Fla. Bar No.: 1000985

# Exhibit A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Tyler Gross
39774 Manhor Drive
Harrison Township, MI 48045



9590 9402 5435 9189 6587 17

2. Article Number (Transfer from service label)

7017 0530 0000 8163 5097

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Tyler Gross
☐ Agent
☒ Addressee

B. Received by (Printed Name)
AMCL-R

C. Date of Delivery
9/28/2020

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt




USPS TRACKING #

9590 9402 5435 9189 6587 17

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Parker Keough LLP
P.O. Box 590006
Newton, MA 02459

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10