UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DAVID NDALAMBA, and STARLINE MEDIA, INC. <br>        Plaintiffs, <br><br> v. <br><br> ELISHA TRICE, JOMY STERLING, and STAR STATUS GROUP <br><br>        Defendants. | Civil Action No. 6:20-CV-01210-GAP-GJK <br><br><br> **JURY DEMAND** |
| JOMY STERLING and STAR STATUS GROUP <br>        Counterclaim Plaintiffs, <br><br> v. <br><br> DAVID NDALAMBA and TYLER GNASS <br><br>        Counterclaim Defendants. | |

**VERIFIED MOTION FOR ENTRY OF CLERK'S DEFAULT AS TO TYLER GNASS**

      The Counterclaim Plaintiffs, Jomy Sterling and Star Status Group (hereinafter referred to as the "**Counterclaim Plaintiffs**"), by and through their undersigned counsel, hereby file this Motion for Entry of Clerk's Default against Counterclaim Defendant Tyler Gnass ("**Mr. Gnass**"), and in support state as follows:

1.    On September 28, 2020, the Counterclaim Plaintiffs, by and through counsel, served Mr. Gnass with a true and attested copy of the Summons and Defendants Jomy Sterling and Star Sta-

tus Group's First Amended Counterclaims Against David Ndalamba and Tyler Gnass [Dkt. No. 20] (the "**Counterclaims**") by certified mail, return receipt requested, delivery restricted to addressee to 39774 Manor Drive, Harrison Township, MI, 48045. [*See* Dkt. No. 32].

2. Mr. Gnass was to have filed an answer or other response to the Counterclaims by October 19, 2020, but has failed to file anything with this Court.

3. It has been more than twenty-one (21) days since Mr. Gnass was served with the Counterclaims.

4. Federal Rule of Civil Procedure 55(a) provides that a clerk must enter a party's default when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend.

5. As of the date of this Motion, Mr. Gnass has failed to answer or respond to the Counterclaims.

WHEREFORE, the Counterclaim Plaintiffs, Jomy Sterling and Star Status Group, respectfully move for an entry of Clerk's Default against the Counterclaim Defendant Tyler Gnass, and any other relief this Court deems just and proper.

DATED: October 30, 2020    Respectfully submitted

Jomy Sterling AND
Star Status Group
By Their Attorney,
/s/ Shaun P. Keough
Shaun P. Keough (Trial Counsel)
Florida Bar  # 1000985
PARKER KEOUGH LLP
3505 Lake Lynda Dr. Suite 200
Orlando, FL 32817
Tel.: (321) 262-1146
Fax.: (617) 963-8315
E-mail: skeough@parkerkeough.com

**VERIFICATION BY DECLARATION UNDER 28 U.S.C. § 1746**

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 30, 2020.

/s/ Shaun P. Keough
Shaun P. Keough

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Court using the Court's ECF System which will electronically serve a copy on August 27, 2020 on all counsel of record and that Tyler Gnass will be served by first-class mail to 39774 Manor Drive, Harrison Township, MI 48045.

BY: /s/ Shaun P. Keough
Shaun P. Keough (Trial Counsel)
Florida Bar # 1000985
PARKER KEOUGH LLP
3505 Lake Lynda Dr. Suite 200
Orlando, FL 32817
Tel.: (321) 262-1146
Fax.: (617) 963-8315
E-mail: skeough@parkerkeough.com