UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STARLINE MEDIA, INC. and
DAVID NDALAMBA,

       Plaintiffs,

v.                                       Case No:  6:20-cv-1210-Orl-31GJK

STAR STATUS GROUP, ELISHA
TRICE and JOMY STERLING,

       Defendants.
_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the Counterclaim Defendant Tyler Gnass in Orlando, Florida on the 2nd day of November, 2020.

                                              ELIZABETH M. WARREN, CLERK

                                              s/RO, Deputy Clerk

Copies furnished to:

Counsel of Record