UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO.: 6:20-CV-01210-GAP-GJK

DAVID NDALAMBA, an individual resident
of Canada, and STARLINE MEDIA, INC., a
Canadian corporation,
Plaintiffs,
v.
ELISHA TRICE, an individual resident of Florida,
JOMY STERLING, an individual resident of Florida,
and STAR STATUS GROUP, a company of
unknown residency,
Defendants.
_____/

## DECLARATION OF TYLER GNASS

Pursuant to 28 U.S.C. §1746, under penalty of perjury, the undersigned, swears that the following statement is true and correct:

1. I, Tyler Gnass, am a named Defendant to a counterclaim in this case. I am not a Plaintiff or am not otherwise involved in the case as a litigant.

2. I am aware of the pending case and have been waiting for service to be made on me, but was unsure if Defendants actually wanted me involved in this case.

3. I am now aware that Defendants filed a Proof of Service. (Exhibit A).

4. Defendants also filed a Clerk's Default against me in this case, which was entered by the Court. (DE34).

5. Defendants attempted their service by mail, and I have never been personally served. The Proof of Service was mailed to 39774 Manhor (Manor?)Drive, Harrison Township, Michigan. (Exhibit A). I do not reside at that address nor did anyone I know execute that Return Receipt.

6. The Return Receipt was executed by name Tyler *Gross*, which is not my name, nor did I sign that Return Receipt. (Exhibit A). The signature is not my signature and I am not aware of who returned that receipt by US Mail. That signature does not even closely resemble my signature. The signature does not even spell my name.

7. I was informed that Michigan, under certain circumstances, permits service by US Mail with conditions such as acceptance and execution by the person served. That requirement has not been met and I neither received that package, nor did I execute that Return

1

Receipt.

8. I have not been properly served, and if I am, I will defend myself in this matter.

<strong><u>DECLARANT FURTHER SAYETH NAUGHT.</u></strong>

Dated this 3rd day of November, 2020.

By: _____
Tyler Gnass