## RETURN OF SERVICE

State of Florida          County of MIDDLE          U.S. DISTRICT Court

Case Number: 6:20-CV-1210-ORL-31GJK

Plaintiff:
**DAVID NDALAMBA, ET AL**

vs.

Defendant:
**ELISHA TRICE, ET AL**

For:
Louis R. Gigliotti, PA

Received by JB Florida Process on the 14th day of July, 2020 at 2:00 pm to be served on **ELISHA TRICE, 7090 SE 124TH LN., BELLEVIEW, FL 34420**.

I, Gregory H. Jones, do hereby affirm that on the **16th day of July, 2020** at **1:45 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons in a Civil Action, Complaint for Copyright Infringement, Injunctive Relief and Damages and Demand for Jury Trial with Attachments** with the date and hour of service endorsed thereon by me, to: **ELISHA TRICE** at the address of: **7090 SE 124TH LN., BELLEVIEW, FL 34420** and informed said person of the contents therein, in compliance with Florida Statute, Chapter 48.031

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 25, Sex: M, Race/Skin Color: HISPANIC, Height: 5'7", Weight: 170, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the forgoing Verified Return of service and the facts stated in it are True. Pursuant to F.S. 92.525(2), Notary not required. Date: 7/18/20

Gregory H. Jones
C.P.S. # 91416-10

JB Florida Process
107 W. DAMPIER STREET
INVERNESS, FL 34450
(352) 400-0749

Our Job Serial Number: ASV-2020001807
Ref: 4687463

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

DAVID NDALAMBA, an individual resident of Canada, and STARLINE MEDIA, INC., a Canadian corporation,

Plaintiff(s)

v.

ELISHA TRICE, an individual resident of Florida, JOMY STERLING, an individual resident of Florida, and STAR STATUS GROUP, a company of unknown residency.

Defendant(s)

Civil Action No. 6:20-cv-1210-ORL-31GJK

**MILITARY**

Y   N̲

Sex M   Race Hisp   Age 25
ht 5'7   wt 170
hair Blk   glasses No

GHJ   GHJ
C.P.S #91416-10
Date 7-16-20   Time 1:45
     Ind

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address) ELISHA TRICE
7090 SE 124th Ln, Belleview, FL 34420

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   LOUIS R. GIGLIOTTI, PA
1605 DEWEY ST
HOLLYWOOD, FL 33020
9544714392
EMAILK: LGIGLIOTTI@BELLSOUTH.NET

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*RichardOlsen*

Date: **Jul 09, 2020**

Signature of ... r Deputy

7/14/20   4687463   1807

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Elisha Trice__
was received by me on *(date)* __7/14/20__ .

☒ I personally served the summons on the individual at *(place)* __7090 SE 124th Lane Belleview, Fl. 34420__ on *(date)* __7/16/20 @ 1:45 P__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __7/18/20__

Server's signature

__Gregory H. Jones    C.P.S. #91416-10__
Printed name and title

Server's address

Additional information regarding attempted service, etc: