UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO.: 6:20-CV-01210-GAP-GJK

**DAVID NDALAMBA, an individual resident
of Canada, and STARLINE MEDIA, INC., a
Canadian corporation,
Plaintiffs,
v.
ELISHA TRICE, an individual resident of Florida,
JOMY STERLING, an individual resident of Florida,
and STAR STATUS GROUP, a company of
unknown residency,
Defendants.**
_____/

## MOTION FOR CLERK'S DEFAULT AGAINST DEFENDANT ELISHA TRICE

Plaintiffs, DAVID NDALAMBA and STARLINE MEDIA, INC., pursuant to Rule 55, files this Motion for Clerk's Default against Defendant, ELISHA TRICE, and as for grounds states as follows:

Defendant ELISHA TRICE was served on July 16, 2020.  The affidavit of service is on file and of record at DE 37, and attached hereto as Exhibit A.  ELISHA TRICE has failed to file a responsive pleading within the time allowed under the Rules.  A responsive pleading was due August 6, 2020.

WHEREFORE, Plaintiff respectfully requests entry of a Clerk's Default.

Dated:  November 16, 2020                                       Louis R. Gigliotti, PA

By:/Louis R. Gigliotti, Esq./
Louis R. Gigliotti, Esq.
Florida Bar No.: 71935
1605 Dewey Street
Hollywood, FL 33020
Ph: (954) 471 4392
Email: lgigliotti@bellsouth.net

## CERTIFICATE OF SERVICE

I HEREBYCERTIFY that a true and correct copy of the foregoing was filed via ECF and served via US Mail, first class, this 16th day of November 2020 to: 7090 SE 124th Lane, Belleview, FL 34420.

By: /Louis R. Gigliotti/
Louis R. Gigliotti, Esq.