## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 6:20-CV-1210-ORL-31GJK

Plaintiff:
**DAVID NDALAMBA, an individual resident of Canada, and STARLINE MEDIA, INC., a Canadian corporation**

vs.

Defendant:
**ELISHA TRICE, an individual resident of Florida; ET. AL.**


2020003313

For:
Louis Gigliotti
LOUIS R. GIGLIOTTI, PA
1605 Dewey Street
Hollywood, FL 33020

Received by JB FLORIDA PROCESS SERVICE on the 14th day of July, 2020 at 3:13 pm to be served on **JOMY STERLING, 306 North Village St., Celebration, FL 34747.**

I, Sandra Lowe, being duly sworn, depose and say that on the **16th day of July, 2020** at **3:00 pm, I:**

**SUBSTITUTE - RESIDENTIAL:** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR COPYRIGHT INFRINGEMENT, INJUNCTIVE RELIEF AND DAMAGES AND DEMAND FOR JURY TRIAL WITH EXHIBIT'S** with the date and hour of service endorsed thereon by me, to: **TAYLOR STERLING** as **HUSBAND/CO-RESIDENT** At the address of **306 North Village St., Celebration, FL 34747**, of the within named person's usual place of abode, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** I specifically asked the Subject/And or Parties Served if he/she is currently enrolled/active with any branch of the U.S. military service. Subject/And or Parties Served advised that at this time he/she is not with any branch of the U.S. military.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: White, Height: 6'0", Weight: 240, Hair: Light Brown, Glasses: N

## AFFIDAVIT OF SERVICE For 6:20-CV-1210-ORL-31GJK

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 16th day of July, 2020 by the affiant who via physical presence and is personally known to me.

NOTARY PUBLIC

Sandra Lowe
I.D. No.: 480

JB FLORIDA PROCESS SERVICE
107 W. Dampier Street
Inverness, FL 34450
(352) 400-0749

Our Job Serial Number: ANY-2020003313
Ref: 4687502

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| DAVID NDALAMBA, an individual resident of Canada, and STARLINE MEDIA, INC., a Canadian corporation, <br><br> *Plaintiff(s)* <br><br> v. <br><br> ELISHA TRICE, an individual resident of Florida, JOMY STERLING, an individual resident of Florida, and STAR STATUS GROUP, a company of unknown residency, <br><br> *Defendant(s)* | Civil Action No. 6:20-cv-1210-ORL-31GJK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JOMY STERLING
306 North Village St.
Celebration, FL 33747

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: LOUIS R. GIGLIOTTI, PA
1605 DEWEY ST
HOLLYWOOD, FL 33020
9544714392
EMAILK: LGIGLIOTTI@BELLSOUTH.NET

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **Jul 09, 2020**

CLERK OF COURT

*Richard Olsen*
Signature of Deputy Cl

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Jonny Sterling__
was received by me on *(date)* __07/14/2020__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* __Taylor Sterling__, a person of suitable age and discretion who resides there,
on *(date)* __7/16/2020__, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __7.16.2020__

*Server's signature*

__Sandra Law__
*Printed name and title*

__107 W. Dampier Street__
__Inverness, FL 34450__
*Server's address*

Additional information regarding attempted service, etc: