## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**STARLINE MEDIA, INC. and**
**DAVID NDALAMBA,**

         **Plaintiffs,**

**v.**                            **Case No:  6:20-cv-1210-Orl-31GJK**

**STAR STATUS GROUP, ELISHA**
**TRICE and JOMY STERLING,**

         **Defendants.**
_____

# ENTRY OF DEFAULT

       Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **ELISHA TRICE**

in Orlando, Florida on the 16th day of November, 2020.

                                 ELIZABETH M. WARREN, CLERK

                                   s/RO, Deputy Clerk

Copies furnished to:

Counsel of Record