# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**STARLINE MEDIA, INC. and DAVID NDALAMBA,**

      **Plaintiffs,**

v.                                       Case No:   6:20-cv-1210-Orl-31GJK

**STAR STATUS GROUP, ELISHA TRICE and JOMY STERLING,**

      **Defendants.**

## ORDER

This case is before the Court *sua sponte*. As the Defendants are alleged to "reside[] in Ocala," (*see* Doc. 24 at ¶¶ 14–15), it is

**ORDERED** that Plaintiffs shall show cause in writing by December 2, 2020, why this case should not be transferred to the Ocala division of the United States District Court for the Middle District of Florida. *See* Local Rule 1.02(c).

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 17, 2020.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party