UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DAVID NDALAMBA, and STARLINE MEDIA, INC.<br>　　　　Plaintiffs,<br><br>v.<br><br>ELISHA TRICE, JOMY STERLING, and STAR STATUS GROUP<br><br>　　　　Defendants. | Civil Action No. 6:20-CV-01210-GAP-GJK |
| JOMY STERLING and STAR STATUS GROUP<br>　　　　Counterclaim Plaintiffs,<br><br>v.<br><br>DAVID NDALAMBA and TYLER GNASS<br>　　　　Counterclaim Defendants. | |

**ASSENTED-TO MOTION FOR LEAVE TO FILE AN AMENDED ANSWER WITH AFFIRMATIVE DEFENSES**

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, the Defendants, Jomy Sterling and Star Status Group (hereinafter referred to collectively as the "**Defendants**"), by and through their undersigned counsel and with the assent of Plaintiffs David Ndalamba and Starline Media, Inc., hereby respectfully

request leave to file the Amended Answer with affirmative defenses attached hereto as **Exhibit A**. In support of the Motion, Defendants state as follows:

1. Plaintiffs David Ndalamba and Starline Media, Inc. file an amended complaint on August 31, 2020 [Dkt. No. 24] (the "**Amended Complaint**").

2. Defendants filed an answer with affirmative defenses to the Amended Complaint on September 18, 2020 [Dkt. No. 30] (the "**Original Answer**").

3. Defendants filed a renewed motion to dismiss together with the Original Answer seeking dismissal of Counts III and IV in the Amended Complaint [Dkt. No. 29] (the "**Renewed Motion to Dismiss**"). Because Defendants sought dismissal of Counts III and IV they indicated in the contemporaneously filed Original Answer that no response to the allegations in Counts III and IV was required pending the outcome of the Renewed Motion to Dismiss.

4. The Court denied the Renewed Motion to Dismiss on November 17, 2020 [Dkt. No. 43].

5. Because the Court denied the Renewed Motion to Dismiss, Defendants' responses in the Original Answer to the allegations set forth in Counts III and IV of the Amended Complaint are no longer accurate. Defendants request leave to file the attached Amended Answer with affirmative defenses to update their responses to the allegations set forth in Counts III and IV of the Amended Complaint.

6.     Plaintiffs do not object to the relief requested herein and have assented to the instant motion.

WHEREFORE, Defendants, Jomy Sterling and Star Status Group, respectfully request leave to file the Amended Answer with affirmative defenses attached hereto as **Exhibit A**.

## Local Rule 3.01(g) Certification

I hereby certify that I have conferred in good faith with Plaintiffs' counsel with respect to the relief requested herein and said counsel indicated that Plaintiffs do not oppose the relief requested.

DATED: April 5, 2021                              Respectfully submitted

Jomy Sterling AND
Star Status Group
By Their Attorney,
/s/ Shaun P. Keough
Shaun P. Keough (Trial Counsel)
Florida Bar # 1000985
PARKER KEOUGH LLP
3505 Lake Lynda Dr. Suite 200
Orlando, FL 32817
Tel.: (321) 262-1146
Fax.: (617) 963-8315
E-mail: skeough@parkerkeough.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Court using the Court's ECF System which will electronically serve a copy on April 5, 2021 on all counsel of record.

>BY: /s/ Shaun P. Keough
>Shaun P. Keough (Trial Counsel)
>Florida Bar  # 1000985