UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DAVID NDALAMBA, and STARLINE MEDIA, INC.<br>      Plaintiffs,<br><br>v.<br><br>ELISHA TRICE, JOMY STERLING, and STAR STATUS GROUP<br><br>      Defendants. | C.A. No. 6:20-CV-01210-GAP-GJK |
| JOMY STERLING and STAR STATUS GROUP<br>      Counterclaim Plaintiffs,<br><br>v.<br><br>DAVID NDALAMBA and TYLER GNASS<br><br>      Counterclaim Defendants. | |

## MOTION FOR PROTECTIVE ORDER

Pursuant to FRCP 26(c), Defendants, Jomy Sterling and Star Status Group,

hereby respectfully request a protective order that (A) restricts the scope of the

subpoena attached hereto as **Exhibit A** to only non-cumulative[1] documents that relate to Royale High and/or Crown Academy; (B) compels Plaintiffs' counsel to send to Defendants' counsel all documents produced pursuant to the subpoena; (C) compels Plaintiffs' counsel to treat all documents produced pursuant to the subpoena as "highly confidential" under the parties' non-disclosure agreement attached hereto as **Exhibit B** until Defendants' counsel can review the documents and re-designate them as appropriate; and (D) awards Defendants their reasonable attorney's fees in making this motion. In support of this request, Defendants state as follows:

1. Pursuant to Rule 26(c), on motion, "the court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense." A party has standing to object to a Rule 45 subpoena under Rule 26 if the subpoena seeks irrelevant information. *Auto-Owners Ins. Co. v. Southeast Floating Docks, Inc.*, 231 F.R.D. 426, 429 (M.D. Fla. 2005).

2. Plaintiffs' claims against Defendants can be summarized as follows: Defendants stole Plaintiffs' Royale High source code and trade secrets and incorporated said source code and trade secrets into a competing game called Crown

---

[1] Defendants have already produced Crown Academy source code in the form of three place files and revenue information related to Crown Academy. Plaintiffs should not be allowed to request "all" place files or financial information related to Crown Academy.

Academy. *See* Dkt. No. 24. Therefore, the only relevant information here is information related to the games Royale High and/or Crown Academy.

3.      Plaintiffs' counsel noticed a Rule 45 subpoena on March 16, 2021 to be served on Roblox Corporation. *See* **Exhibit A**. Defendants objected to the subpoena and Plaintiffs' counsel agreed to hold off on serving the subpoena until Defendants' objections were resolved. Despite that agreement, Defendants received an email from Roblox on May 21, 2021 indicating that it was served with the subpoena and would comply with it within 7 days unless Defendants filed a formal objection in court. Plaintiffs' counsel would not withdraw the subpoena.

4.      Many of the requests in the subpoena seek irrelevant information. For example, one request asks for "[a]ny and all documents referring or relating to any Roblox account name…PixelatedCandy." This request is not restricted to Royale High- or Crown Academy-related information and therefore violates Rule 26.

5.      Good cause also exists for this request because some of the information sought by the subpoena will contain Defendants' highly confidential information and therefore needs to be designated as such under the parties' non-disclosure agreement. *See* **Exhibit B**. All information produced by Roblox pursuant to the subpoena should be treated as "highly confidential" until Defendants' counsel has an opportunity to review the documents and re-designate them as appropriate. Plaintiffs, Defendants' competitors, cannot use a subpoena to gain access to Defendants' confidential information.

WHEREFORE, Defendants respectfully request the relief set forth above.

### Local Rule 3.01(g) Certification

I hereby certify that I have conferred in good faith with Plaintiffs' counsel with respect to the over breadth of the Roblox subpoena, however Plaintiffs' counsel was unwilling to withdraw the subpoena and re-serve a subpoena compliant with Rule 26. As a result and in order to pause Roblox's compliance with the subpoena until the objections raised above are resolved, Defendants had to file the instant motion.

DATED: May 28, 2021

Respectfully submitted

Jomy Sterling AND
Star Status Group
By Their Attorney,
/s/ Shaun P. Keough
Shaun P. Keough (Trial Counsel)
Florida Bar  # 1000985
PARKER KEOUGH LLP
3505 Lake Lynda Dr. Suite 200
Orlando, FL 32817
Tel.: (321) 262-1146
Fax.: (617) 963-8315
E-mail: skeough@parkerkeough.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Court using the Court's ECF System which will electronically serve a copy on May 28, 2021 on all counsel of record.

> BY: /s/ Shaun P. Keough
> Shaun P. Keough (Trial Counsel)
> Florida Bar  # 1000985