# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| DAVID NDALAMBA, and STARLINE MEDIA, INC. <br>         Plaintiffs, <br><br> v. <br><br> ELISHA TRICE, JOMY STERLING, and STAR STATUS GROUP <br><br>         Defendants. | C.A. No. 6:20-CV-01210-GAP-GJK |
| JOMY STERLING and STAR STATUS GROUP <br>         Counterclaim Plaintiffs, <br><br> v. <br><br> DAVID NDALAMBA and TYLER GNASS <br><br>         Counterclaim Defendants. | |

## MOTION TO AMEND COUNTERCLAIMS

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, the Counterclaim Plaintiffs, Jomy Sterling and Star Status Group (hereinafter referred to collectively as the "**Counterclaim Plaintiffs**"), by and through their undersigned counsel, hereby respectfully request leave to file the amended coun-

Page 1 of 5

terclaims attached hereto as **Exhibit A**. In support of the Motion, Counterclaim Plaintiffs state as follows:

1. Counterclaim Plaintiffs filed amended counterclaims against David Ndalamba and Tyler Gnass (collectively referred to herein as the "**Counterclaim Defendants**") as of right on August 27, 2020 [Dkt. No. 20] (the "**Counterclaims**").

2. The Counterclaims currently allege claims of defamation (Count I) and trade libel (Count II) against the Counterclaim Defendants. The Counterclaims were answered by the Counterclaim Defendants on September 9, 2020 [Dkt. No. 28] and November 27, 2020 [Dkt. No. 45].

3. The Parties to the above-referenced action are currently engaged in discovery.

4. In response to one of the Counterclaim Plaintiffs' requests for the production of documents, the Counterclaim Defendants produced a recording of a phone call between Jomy Sterling, a person located in Florida, and Tyler Gnass. Mr. Gnass recorded this phone call surreptitiously and without Ms. Sterling's consent. *See* Declaration of Jomy Sterling attached hereto as **Exhibit B**.

5. Intercepting a phone call in Florida without the consent of all parties to the call is a violation of Fla. Stat. §§ 934.01 *et seq.* (the "**Florida Wire Tap Act**") and provides a basis for a private right of action under Fla. Stat. § 934.10. Relief under Fla. Stat. § 934.10 includes injunctive relief, actual damages, punitive damages, and a reasonable attorney's fees award.

6.     As a result of the Counterclaim Plaintiffs' newfound discovery of this recorded phone call, they respectfully request leave to amend the Counterclaims to include a third count alleging violation of the Florida Wire Tap Act against Counterclaim Defendant Tyler Gnass.

7.     The Counterclaim Plaintiffs seek to amend the Counterclaims by adding several new factual allegations pertaining to the recorded phone call, a new Count III based on the new factual allegations, and additional relief based on a violation of the Florida Wire Tap Act. *See* Paragraphs 14-17, 39-43, and Relief Section set forth in the Second Amended Counterclaims attached hereto as **Exhibit A**.

8.     There is good cause for this amendment because the Counterclaim Plaintiffs just discovered the recorded phone call that forms the basis for the new Count III. And, justice requires the amendment because Ms. Sterling is entitled to relief under Fla. State. § 934.10 for Mr. Gnass' violation of the Florida Wire Tap Act.

9.     Counterclaim Defendant Gnass will not be unduly prejudiced by the amended counterclaim at this juncture in the litigation because no fact discovery is needed on the new Count III. It is undisputed the call happened, Mr. Gnass intercepted communications made by a person in Florida, and the call was recorded by Mr. Gnass without Ms. Sterling's consent.

WHEREFORE, Counterclaim Plaintiffs, Jomy Sterling and Star Status Group, respectfully request leave to file the Second Amended Counterclaim attached hereto as **Exhibit A**.

### Local Rule 3.01(g) Certification

I hereby certify that I have conferred in good faith with Counterclaim Defendants' counsel with respect to the relief requested herein but we were unable to resolve or otherwise narrow the issues.

DATED: June 4, 2021                             Respectfully submitted

                                                                   Jomy Sterling AND
                                                                   Star Status Group
                                                                   By Their Attorney,
                                                                   /s/ Shaun P. Keough
                                                                   Shaun P. Keough (Trial Counsel)
                                                                   Florida Bar  # 1000985
                                                                   PARKER KEOUGH LLP
                                                                   3505 Lake Lynda Dr. Suite 200
                                                                   Orlando, FL 32817
                                                                   Tel.: (321) 262-1146
                                                                   Fax.: (617) 963-8315
                                                                   E-mail: skeough@parkerkeough.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Court using the Court's ECF System which will electronically serve a copy on June 4, 2021 on all counsel of record.

BY: /s/ Shaun P. Keough
Shaun P. Keough (Trial Counsel)
Florida Bar  # 1000985