**Sent:** Tuesday, March 16, 2021, 11:48:49 AM EDT
**Subject:** Notice of Subpoena Roblox

Shaun, attached is Notice of Subpoena to Roblox, with copy and Exhibit.

Louis R. Gigliotti, Esq.

Admitted to:
The Supreme Court of the United States
The United States Court of Appeals for the Eleventh Circuit
The United States Court of Appeals for the Federal Circuit
Northern, Southern, and Middle District of Florida

Franklin Pierce Law Center/Masters Degree In Intellectual Property Law (1995)

Louis R. Gigliotti, PA
1605 Dewey Street
Hollywood, FL 33020
Cell: (954) 471-4392

NOTICE: This e-mail is from Louis R. Gigliotti, P.A., and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of this Firm do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to this Firm in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of this Firm, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.


roblox subpoena_000.jpg
537kB


roblox subpoena_001.jpg
301.4kB


roblox subpoena_002.jpg
820.5kB


roblox subpoena exhibit a final.doc
54.5kB


starline notice of subpoena.doc
59kB