## Re: Notice of Subpoena Roblox

From: lgigliotti (lgigliotti@bellsouth.net)
To: SKeough@parkerkeough.com
Date: Monday, May 24, 2021, 09:13 AM EDT

Shaun, to be clear, there have been no served subpoenas. Due to Covid and California's rules, Roblox Registered Agent was not were he is supposed to be so the server never got there. I have an affidavit of non service. I told you it was not served, and I instructed the server not to make another attempt. Then, my client reached Roblox through his known contacts and a lawyer from Roblox contacted me about producing documents. I have sent some emails back and forth and have not received a singular document from them. When I do, I will send you a copy of the production, you can review it and you can give me your objections. Then we can take it to the Judge if we can't work it out.

In the meantime, you haven't come close to producing what is required and we are starting to approach the time where I either get the documents or we set a hearing.

When I get docs from Roblox, we will work it out.

As for Trice, I have not sent him a subpoena because he is a party. If he got a subpoena, then from whom it originated is unknown to me.

If you have any other issues then let me know. If you ever want to know what happened, then simply ask. Sneakiness is not my thing, as we have to operate within the Rules. It's easier that way. Anything I want to get out of Roblox I can do it through a subpoena. If you object, there is a process for handling that. I would prefer that your side produce these documents, but so far you have been lax. I will give this another couple of days, the seek relief from the Court.

If there is anything else you would like to know, please do not hesitate to ask.

Louis R. Gigliotti, Esq.

Admitted to:
The Supreme Court of the United States
The United States Court of Appeals for the Eleventh Circuit
The United States Court of Appeals for the Federal Circuit
Northern, Southern, and Middle District of Florida

Franklin Pierce Law Center/Masters Degree In Intellectual Property Law (1995)

Louis R. Gigliotti, PA
1605 Dewey Street
Hollywood, FL 33020
Cell: (954) 471-4392

NOTICE: This e-mail is from Louis R. Gigliotti, P.A., and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify