## Roblox; Subpoena

From: Thomas Hwang (thwang@roblox.com)

To: lgigliotti@bellsouth.net

Cc: mbarbolak@roblox.com

Date: Wednesday, April 28, 2021, 01:28 AM EDT

Dear Mr. Gigliotti,

I am counsel at Roblox Corporation ("Roblox"), reaching out to you because I have been informed through a developer on Roblox's platform that a subpoena had been served on Roblox. To date, neither I, nor anyone in our Legal department has received the subpoena. Please note that Roblox's offices have been closed during the pandemic so we may have simply not received service. At any rate, you may serve the subpoena via email if you so desire. If so, please send it to me in a response to this email. Please also feel free to let me know if you have any questions or concerns.

Best regards,
Tom

**Thomas Hwang**
Senior Counsel
thwang@roblox.com
970 Park Place, San Mateo, CA 94403



## Fw: Notice of Subpoena Roblox

From: lgigliotti (lgigliotti@bellsouth.net)

To:     thwang@roblox.com; mbarbolak@roblox.com

Date: Tuesday, May 4, 2021, 12:01 PM EDT

Thank you for you response. Attached is the Subpoena information we sent for service. I was told by the process server that Roblox, due to Covid concerns, did not have a Registered Agent at the location required. I have an affidavit of failed service, but I am hopeful that you will review and comply.

Crown Academy is a game that was created by using a programmer from the Royale High team. They stole and misappropriated parts of the game in order to create Crown Academy. They hired former designers in an effort to create a game without committing the necessary R&D.

Thus, we need the requested documents. If there are any issues with compliance, please contact me, as I am willing to accommodate your concerns.

Thank you. Please confirm receipt.

Louis R. Gigliotti, Esq.

Admitted to:
The Supreme Court of the United States
The United States Court of Appeals for the Eleventh Circuit
The United States Court of Appeals for the Federal Circuit
Northern, Southern, and Middle District of Florida

Franklin Pierce Law Center/Masters Degree In Intellectual Property Law (1995)

Louis R. Gigliotti, PA
1605 Dewey Street
Hollywood, FL 33020
Cell: (954) 471-4392

NOTICE: This e-mail is from Louis R. Gigliotti, P.A., and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of this Firm do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to this Firm in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of this Firm, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

----- Forwarded Message -----
**From:** lgigliotti <lgigliotti@bellsouth.net>
**To:** Shaun Keough <skeough@parkerkeough.com>