# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

STARLINE MEDIA, INC. and DAVID NDALAMBA,

        Plaintiffs,

v.                                    Case No:   6:20-cv-1210-GAP-GJK

STAR STATUS GROUP, ELISHA TRICE and JOMY STERLING,

        Defendants.

## ORDER

This case is before the Court on the Motion to Amend Counterclaims (Doc. 53) brought by Jomy Sterling and Star Status Group (together, the "Counterclaim Plaintiffs"). They seek to amend their counterclaim and add a new claim for violation of Fla. Stat. § 934.01, the Florida Wire Tap Act.

The Motion will be denied. The Counterclaim Defendants seek to amend long after the October 2020 deadline for amended pleadings and would therefore need to establish good cause. *See Sosa v. Airprint Sys., Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998). The Motion provides no evidence that could establish good cause apart from a conclusory statement that the Counterclaim Plaintiffs "just discovered the recorded phone call" that would underlie this new claim. Doc. 53 at 3. Without any evidence, the Motion fails to establish good cause. *See Valpak*

*Direct Marketing Sys., Inc. v. Maschino*, 349 F. App'x 368, 370-71 (11th Cir. 2009).

And in any event, the Motion comes too late. This case is in advanced proceedings: Discovery ends on July 1, 2021 and dispositive motions are due on August 2, 2021. *See* Doc. 22. The Court will not add a new cause of action to these counterclaims at this late stage.

For these reasons, it is **ORDERED** that the Motion to Amend Counterclaims (Doc. 53) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 30, 2021.

**GREGORY A. PRESNELL**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Party