# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| DAVID NDALAMBA, and STARLINE MEDIA, INC.<br>  Plaintiffs,<br><br>v.<br><br>ELISHA TRICE, JOMY STERLING, and STAR STATUS GROUP<br><br>  Defendants. | C.A. No. 6:20-CV-01210-GAP-GJK |
| JOMY STERLING and STAR STATUS GROUP<br>  Counterclaim Plaintiffs,<br><br>v.<br><br>DAVID NDALAMBA and TYLER GNASS<br><br>  Counterclaim Defendants. | |

## MOTION TO COMPEL

Pursuant to Rules 37(a)(3)(B) and 37(d)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendants, Jomy Sterling and Star Status Group, by and through their undersigned counsel, hereby respectfully request an order compelling (A) the Plaintiffs and Counterclaim Defendant Tyler Gnass to produce the documents listed in **Exhibit A**, attached hereto, by July 12, 2021, (B) Tyler Gnass to at-

Page 1 of 5

tend a deposition by video conference on July 14, 2021 at 10am, and (C) David Ndalamba to attend a deposition by video conference on July 15, 2021 at 10am both in his individual capacity and a representative of Starline Media, Inc. ("**Starline**"). In support of this Motion, Defendants state as follows:

1. Requests for the production of documents were served on David Ndalamba, Starline, and Tyler Gnass pursuant to Fed. R. Civ. P. 34 on February 18, 2021. The Ndalamba requests and his responses are attached hereto as **Exhibit D**, the Starline requests and its responses are attached hereto as **Exhibit E**, and the Gnass requests and his responses are attached hereto as **Exhibit F**. Each of the applicable responses indicates that non-privileged and responsive documents would be produced.

2. The documents listed in **Exhibit A** are responsive to Request Nos. 12, 17-19, 21, 25-27, 29, 61 of the Ndalamba and Starline requests and Request Nos. 5 & 8 of the Gnass requests.

3. I[1] sent emails to counsel for Ndalamba, Starline, and Gnass asking for the documents listed in **Exhibit A** on May 18, 2021, May 24, 2021, June 3, 2021, and June 9, 2021. *See* **Exhibit G**. Not receiving a response to these initial emails, I sent an email on June 11, 2021 asking counsel when he was available to confer about his clients' failure to produce the requested documents. *See* **Exhibit H**. In re-

---

[1] "I" is Shaun Keough, the undersigned.

sponse, counsel indicated that he would "get the documents bate stamped and sent." *Id.* However, counsel never sent these documents to me, nor do I expect him to without a court order.

4.     I served deposition notices on Gnass (**Exhibit B**), Ndalamba (**Exhibit C**), and Starline (**Exhibit C**) on June 9, 2021, at least 14 days prior to the dates listed in the notices.[2] *See* **Exhibit I**. A day before the Gnass deposition, on June 22, 2021, counsel emailed me indicating that the noticed depositions needed to be rescheduled, and he would "work with [me] on dates." *Id.* That same day, I offered counsel new dates. *See* **Exhibit J**. I followed up on June 25, 2021 regarding rescheduling the depositions, saying that if I did not hear back by July 1, 2021, I would file a motion to compel attendance. *See* **Exhibit K**. I received no response, necessitating this Motion.

WHEREFORE, Defendants respectfully request the relief set forth above.

## Local Rule 3.01(g) Certification

I hereby certify that I took good faith steps to avoid filing the instant Motion. Counsel for Ndalamba, Starline, and Gnass indicated he would produce the responsive documents I repeatedly requested, but he never did, and now it is the end of the discovery period. The instant Motion is being filed to effectively enforce counsel's agreement to produce the requested documents. Counsel for

---

[2] I asked counsel for his clients' availability prior to sending the notices but he did not provide me with any dates.

Ndalamba, Starline, and Gnass also agreed to work with me on new dates for his clients' depositions. However, counsel is now missing in action and breaching that agreement by failing to provide alternate dates for the depositions. Since we are now at the end of the discovery period, there is nothing left to do but file this Motion.

DATED: July 1, 2021                                    Respectfully submitted

                                                  Jomy Sterling AND
                                                  Star Status Group
                                                  By Their Attorney,
                                                  <u>/s/ Shaun P. Keough</u>
                                                  Shaun P. Keough (Trial Counsel)
                                                  Florida Bar  # 1000985
                                                  PARKER KEOUGH LLP
                                                  3505 Lake Lynda Dr. Suite 200
                                                  Orlando, FL 32817
                                                  Tel.: (321) 262-1146
                                                  Fax.: (617) 963-8315
                                                  E-mail: skeough@parkerkeough.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Court using the Court's ECF System which will electronically serve a copy on July 1, 2021 on all counsel of record.

>BY: /s/ Shaun P. Keough
>Shaun P. Keough (Trial Counsel)
>Florida Bar  # 1000985