# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

STARLINE MEDIA, INC. and DAVID NDALAMBA,

    Plaintiffs,

v.   Case No:   6:20-cv-1210-GAP-GJK

STAR STATUS GROUP, ELISHA TRICE and JOMY STERLING,

    Defendants.

## ORDER

This case is before the Court on the Motion for Summary Judgment filed by Jomy Sterling dba Star Status Group[1] (Doc. 59) on August 2, 2021, against David Ndalamba, Starline Media, Inc., and Tyler Gnass.  The parties will be allowed until **September 3, 2021**, to file responsive memoranda and any materials in opposition to the motion, including affidavits or other documents within the purview of Rule 56, showing that there are genuine issues of material fact in dispute; otherwise the Court may enter Summary Judgment, if appropriate, against the adverse party.  *Milburn v. United States*, 734 F.2d 762, 765 (11th Cir.

---

[1] It is represented in the motion (Doc. 59) that Star Status Group, a defendant named in the Amended Complaint (Doc. 24), is not a separate legal entity and that Jomy Sterling and Star Status Group are one and the same.

1984); see *Griffith v. Wainwright*, 772 F.2d 822, 825 (11th Cir. 1985)(per curiam); Fed. R. Civ. P. 56(e).   Reply briefs may be filed, not exceeding ten (10) pages, within fourteen (14) days after the response is served.   **The parties shall electronically file all exhibits in support of their papers.   The parties will be advised if paper copies of any or all exhibits will be required.   The Court prefers transcripts in full-page format.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 3, 2021.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party