UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO.: 6:20-CV-01210-GAP-GJK

**DAVID NDALAMBA, an individual resident
of Canada, and STARLINE MEDIA, INC., a
Canadian corporation,
Plaintiffs,**
v.
**ELISHA TRICE, an individual resident of Florida,
JOMY STERLING, an individual resident of Florida,
and STAR STATUS GROUP, a company of
unknown residency,
Defendants.**
_____/

## NOTICE OF SCHEDULED MEDIATION

Mediation is scheduled in the above-captioned matter as follows:

  **WHERE:**  **MATULIS IP LAW**
        **Chase Professional Park**
        **10906 Sheldon Road**
        **Tampa FL 33626**

  **WHEN:**  **October 1, 2021**

  **TIME:**  **9:00am**

Dated: August 18, 2021        By: _s/Louis R. Gigliotti,Esq./
                Louis R. Gigliotti, Esq.
                Louis R. Gigliotti, PA
                Florida Bar No.: 71935
                1605 Dewey Street
                Hollywood, FL 33020
                Tel: (954) 471-4392
                Email: lgigliotti@bellsouth.net

I HEREBY CERTIFY that the foregoing has been filed this 18th day of August, 2021, with the CM/ECF system.

                     By: _s/Louis R. Gigliotti,Esq./
                     Louis R. Gigliotti, Esq.