# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| DAVID NDALAMBA, and STARLINE MEDIA, INC.<br>　　　Plaintiffs,<br><br>　　v.<br><br>ELISHA TRICE, JOMY STERLING, and STAR STATUS GROUP<br><br>　　　Defendants. | C.A. No. 6:20-CV-01210-GAP-GJK |
| JOMY STERLING and STAR STATUS GROUP<br>　　　Counterclaim Plaintiffs,<br><br>　　v.<br><br>DAVID NDALAMBA and TYLER GNASS<br><br>　　　Counterclaim Defendants. | |

### NOTICE OF REPLACEMENT SUMMARY JUDGMENT EXHIBITS

Pursuant to Local Rule 1.11(d), Jomy Sterling and Star Status Group, hereby file this replacement set of exhibits in support of their motion for summary judgment at [ECF No. 59] (the "**Motion**"). The original set of exhibits filed with the Motion contained placeholders for materials the counterparties considered "highly confidential" under the parties' discovery non-disclosure agreement.

Page 1 of 3

Pursuant to Local Rule 1.11(d), the counterparties were notified of the placeholders on August 4, 2021. The counterparties had until August 18, 2021 to file a motion to seal all or part of the materials identified on the placeholders. No motion to seal was filed. Therefore, this replacement set of exhibits consisting of the previously unfiled "highly confidential" materials is being filed on the public docket. Please note that the entire set of summary judgment exhibits is being filed as a convenience to the Court.

DATED: August 25, 2021                  Respectfully submitted

                                        Jomy Sterling AND
                                        Star Status Group
                                        By Their Attorney,
                                        /s/ Shaun P. Keough
                                        Shaun P. Keough (Trial Counsel)
                                        Florida Bar  # 1000985
                                        PARKER KEOUGH LLP
                                        3505 Lake Lynda Dr. Suite 200
                                        Orlando, FL 32817
                                        Tel.: (321) 262-1146
                                        Fax.: (617) 963-8315
                                        E-mail: skeough@parkerkeough.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Court using the Court's ECF System which will electronically serve a copy on August 25, 2021 on all counsel of record.

> BY: /s/ Shaun P. Keough
> Shaun P. Keough (Trial Counsel)
> Florida Bar # 1000985