**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DAVID NDALAMBA and**
**STARLINE MEDIA, INC.,**

          **Plaintiffs,**

-vs-                                              **Case No. 6:20-cv-1210-GAP-GJK**

**ELISHA TRICE, JOMY STERLING,**
**and STAR STATUS GROUP,**

          **Defendants.**

___

**JOMY STERLING, and STAR**
**STATUS GROUP,**

          **Counterclaimants.**

-vs-

**DAVID NDALAMBA and**
**TYLER GNASS,**

          **Counter Defendants.**

___

**ORDER**

This cause came on for consideration without oral argument on the following motions:

**MOTION:   MOTION TO COMPEL (Doc. No. 57)**

- 2 -

> **FILED:**     **July 1, 2021**
>
> ───────────────────────────
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED IN PART AND DENIED IN PART**.

> **MOTION:**  PLAINTIFFS' RESPONSE TO MOTION TO COMPEL AND FOR A TWO DAY EXTENSION OF TIME TO FILE RESPONSE (Doc. No. 58)
>
> **FILED:**     **July 12, 2021**
>
> ───────────────────────────
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

On August 31, 2020, the Court entered the Case Management and Scheduling Order (the "Order"), providing a discovery deadline of July 1, 2021. Doc. No. 22 at 1. On July 1, 2021, Defendants/Counterclaimants Jomy Sterling and Star Status Group (collectively, "Defendants") filed a motion (the "Motion") asking the Court to compel Plaintiffs/Counter Defendants David Ndalamba and Starline Media, Inc., and Third Party Defendant Tyler Gnass (collectively, "Plaintiffs") to produce documents listed in Exhibit A to the Motion, Doc. No. 57-1, and to attend depositions. Doc. No. 57. Defendants ask the Court to compel the depositions to occur on July 14 and 15, 2021. *Id.* at 1-2.

On July 12, 2021, Plaintiffs filed their response to the Motion (the "Response"), and within it asked for an extension of time of two days so that the

Response would be deemed timely. Doc. No. 58. In the Response, Plaintiffs state that they will produce the requested documents, but object to the depositions as occurring after the discovery deadline. *Id.*

Because Plaintiffs agree to produce the requested documents, that portion of the Motion is granted. But the request to compel the depositions to occur in mid-July necessarily requires extending the discovery deadline of July 1. Doc. No. 57 at 1-2. The Order provides that motions for extensions of the discovery deadline are disfavored and will not be granted absent a showing of good cause. Doc. No. 22 at 4. The Order also states that the motion to extend a deadline will normally be denied if it fails to contain the following recitations:

> 1) the motion is joint or unopposed; 2) the additional discovery is necessary for specified reasons; 3) all parties agree that the extension will not affect the dispositive motions deadline and trial date; 4) all parties agree that any discovery conducted after the dispositive motions date established in this Order will not be used for summary judgment purposes; and 5) no party will use the granting of the extension in support of a motion to extend another date or deadline.

*Id.*

The Motion fails to comply with the Order's requirements. No good cause is shown for extending the discovery deadline to take the depositions. Defendants state that deposition notices were served on June 9, 2021, but do not state why the depositions were not noticed earlier than approximately three weeks before the discovery deadline. Doc. No. 57 at ¶ 4.

The Motion is not joint or unopposed, there is no stated reason for why the depositions are necessary, there is no statement that the extended discovery period will not affect the dispositive motions deadline and trial date, and no statement that the parties will not use the extension to support a motion to extend another date or deadline. Because the Motion fails to comply with the Order, the request to compel the depositions is denied.

Accordingly, it is **ORDERED** as follows:

1. The request that the Response be deemed timely filed is **GRANTED**;

2. The Motion, Doc. No. 57, is **GRANTED IN PART AND DENIED IN PART** as follows:

    a. Plaintiffs must produce the documents listed in Exhibit A to the Motion, Doc. No. 57-1, on or before September 7, 2021; and

    b. In all other respects, the Motion is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida, on August 30, 2021.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties