**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**CASE NO.: 6:20-CV-01210-GAP-GJK**

**DAVID NDALAMBA, an individual resident**
**of Canada, and STARLINE MEDIA, INC., a**
**Canadian corporation,**
**Plaintiffs,**
v.
**ELISHA TRICE, an individual resident of Florida,**
**JOMY STERLING, an individual resident of Florida,**
**and STAR STATUS GROUP, a company of**
**unknown residency,**
**Defendants.**
_____/

### PLAINTIFFS' DAVID NDALAMABA's NOTICE OF FILING EXHIBIT F TO RESPONSE TO MOTION FOR SUMMARY JUDGMENT

COME NOW, Plaintiffs' DAVID NDALAMABA, and STARLINE MEDIA INC., and pursuant to Local Rule 1.11(d), state as follows:

**I. INTRODUCTION.**

On September 3, 2021, Plaintiffs filed a Response to Motion for Summary Judgment (DE66), and with it, as Exhibit F, filed a place holder for information that may have been deemed "confidential" be Defendants.

In conformance with Local Rule 1.11(d), Defendants made no objection and the documents in Exhibit F shall now be filed according to the applicable Rule 1.11(d).

WHEREFORE, Plaintiff file Exhibit F without objection from Defendants as part of DE 66, Plaintiffs' response to Motion for Summary Judgment.

### Local Rule 3.01(g) Certification

The undersigned was by opposing counsel, Shaun Keough, regarding his position on the confidentiality of the documents that were marked as Exhibit F to DE66, Plaintiffs' Response to

1

Motion for Summary Judgment. Defendants do not deem the materials to be confidential and permit the filing without seal.

                                              Respectfully submitted,

Date:   September 20, 2021               /s/Louis R. Gigliotti
                                              Louis Gigliotti
                                              Louis R. Gigliotti, PA
                                              Florida Bar No.: 71935
                                              1605 Dewey Street
                                              Hollywood, FL 33020
                                              P: 954-471-4392
                                              lgigliotti@bellsouth.net

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the foregoing has been filed via ECF, this 20th day of September, 2021.

                                              By: s/Louis R. Gigliotti,Esq./
                                                    Louis R. Gigliotti, Esq.