UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO.: 6:20-CV-01210-GAP-GJK

**DAVID NDALAMBA, an individual resident
of Canada, and STARLINE MEDIA, INC., a
Canadian corporation,
Plaintiffs,**
v.
**ELISHA TRICE, an individual resident of Florida,
JOMY STERLING, an individual resident of Florida,
and STAR STATUS GROUP, a company of
unknown residency,
Defendants.**
_____/

## AGREED PLAINTIFFS' TIMELY MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS' MOTION TO STRIKE

COME NOW, Plaintiffs, DAVID NDALAMBA, STARLINE MEDIA, INC., and Third Party Defendant TYLER GNASS, pursuant to Fed.R.Civ.P. 6, respectfully move the Court to extend the time by 7 days, up to and including October 8, 2021, to file the Response to Defendants' Motion to Strike, and as for good cause, states as follows:

### DECLARATION OF LOUIS R. GIGLIOTTI, ESQ.

I, LOUIS R. GIGLIOTTI, ESQ., on this 20th day of August, 2020, declare, pursuant to 28 USC §1746, under penalty of perjury, and Local Rule 3.01(g), that I conferred with opposing counsel, Shaun Keough, Esq., and he consents to this Motion, and the relief requested.

I. **INTRODUCTION.**

This Motion is timely, and causes no other delay or other rescheduling of any other dates. Defendants have filed a Motion to Strike (DE, in response to Plaintiffs' Response to Motion for Summary Judgment and Plaintiff's Response is due October 1, 2021. FRCP 6 provides that, if filed timely, for good cause, an extension may be granted. Plaintiff's counsel contacted opposing counsel to discuss the Motion and Defendants counsel does not oppose. Mediation is

1

also scheduled for October 1, 2021, and the Response to Motion to Strike is due the same day as mediation.

The parties remain cautiously optimistic that mediation may moot all pending motions, and in the name of judicial efficiency, an extension will likely save said resources.

WHEREFORE, Plaintiffs request an Order granting a 7 day extension for Plaintiffs to file the Response to Motion to Strike, with a new due date of October 8, 2021.

Respectfully submitted,

Date:   September 28, 2021                /s/Louis R. Gigliotti


Louis Gigliotti
Louis R. Gigliotti, PA
Florida Bar No.: 71935
1605 Dewey Street
Hollywood, FL 33020
P: 954-471-4392
lgigliotti@bellsouth.net


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been filed via ECF this 28th day of September, 2021.

By: s/Louis R. Gigliotti,Esq./
Louis R. Gigliotti, Esq.