UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID NDALAMBA and
STARLINE MEDIA, INC.,

                               Case No. 6:20-cv-1210-GAP-GJK

       Plaintiffs,

-vs-

ELISHA TRICE, JOMY STERLING,
and STAR STATUS GROUP,

       Defendants.
_____

JOMY STERLING, and STAR
STATUS GROUP,

       Counterclaimants.

-vs-

DAVID NDALAMBA and
TYLER GNASS,

       Counter Defendants.
_____

## ORDER

This cause came on for consideration without oral argument on the following motion:

> **MOTION:** AGREED PLAINTIFFS' TIMELY MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS' MOTION TO STRIKE (Doc. No. 71)

| |
|---|
| **FILED:** September 28, 2021 |
| **THEREON** it is **ORDERED** that the motion is **GRANTED**. |

On September 28, 2021, Plaintiffs and Third Party Defendant filed an unopposed motion for an extension of time (the "Motion") to respond to Defendants' motion to strike. Doc. No. 71. In it, they request an extension of time of one week because mediation is scheduled for the same day that the response is due, and "[t]he parties remain cautiously optimistic that mediation may moot all pending motions, and in the name of judicial efficiency, an extension will likely save said resources." *Id.* at 2.

While the Court favors compromise and settlement, the mere possibility the parties may agree to do so is not good cause to delay these proceedings. Nevertheless, the Court will permit one extension of time based on settlement discussions.

Accordingly, it is **ORDERED** that the Motion (Doc. No. 71) is **GRANTED**, and Plaintiffs and Third Party Defendant must file their response to the motion to strike on or before October 8, 2021.

**DONE** and **ORDERED** in Orlando, Florida, on September 29, 2021.

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

- 3 -

Copies furnished to:

Counsel of Record
Unrepresented Parties