# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| DAVID NDALAMBA, and STARLINE MEDIA, INC.<br>　　　Plaintiffs,<br><br>　　v.<br><br>ELISHA TRICE, JOMY STERLING, and STAR STATUS GROUP<br><br>　　　Defendants. | C.A. No. 6:20-CV-01210-GAP-GJK |
| JOMY STERLING and STAR STATUS GROUP<br>　　　Counterclaim Plaintiffs,<br><br>　　v.<br><br>DAVID NDALAMBA and TYLER GNASS<br><br>　　　Counterclaim Defendants. | |

## NOTICE OF REPLACEMENT EXHIBIT 5 TO [ECF No. 67]

Pursuant to Local Rule 1.11(d), Jomy Sterling and Star Status Group, hereby file this replacement Exhibit 5 in support of their opposition memorandum at [ECF No. 67].

Page 1 of 2

DATED: October 5, 2021    Respectfully submitted

                                        Jomy Sterling AND
                                        Star Status Group
                                        By Their Attorney,
                                        /s/ Shaun P. Keough
                                        Shaun P. Keough (Trial Counsel)
                                        Florida Bar  # 1000985
                                        PARKER KEOUGH LLP
                                        3505 Lake Lynda Dr. Suite 200
                                        Orlando, FL 32817
                                        Tel.: (321) 262-1146
                                        Fax.: (617) 963-8315
                                        E-mail: skeough@parkerkeough.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Court using the Court's ECF System which will electroni-cally serve a copy on October 5, 2021 on all counsel of record.

                                        BY: /s/ Shaun P. Keough
                                        Shaun P. Keough (Trial Counsel)
                                        Florida Bar  # 1000985