UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID NDALAMBA and
STARLINE MEDIA, INC.,

                                          Case No. 6:20-cv-1210-GAP-GJK

          Plaintiffs,

-vs-

ELISHA TRICE, JOMY STERLING,
and STAR STATUS GROUP,

          Defendants.

_____

JOMY STERLING, and STAR
STATUS GROUP,

          Counterclaimants.

-vs-

DAVID NDALAMBA and
TYLER GNASS,

          Counter Defendants.

_____

ORDER

This matter comes before the Court sua sponte. On September 28, 2021, Plaintiffs and Third Party Defendant filed an unopposed motion for an extension of time to respond to Defendants' motion to strike. Doc. No. 71. They requested an extension of time of one week because mediation was scheduled for October 1,

- 2 -

2021, and "[t]he parties remain cautiously optimistic that mediation may moot all pending motions, and in the name of judicial efficiency, an extension will likely save said resources." *Id.* at 2. A notice regarding the outcome of the mediation has not been filed with the Court.

Accordingly, the parties are **ORDERED** to file a notice regarding the outcome of the mediation on or before October 7, 2021.

**DONE** and **ORDERED** in Orlando, Florida, on October 5, 2021.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties