## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| DAVID NDALAMBA, and STARLINE MEDIA, INC., | |
| Plaintiffs, | |
| v. | |
| ELISHA TRICE, JOMY STERLING, and STAR STATUS GROUP, | |
| Defendants; | C.A. No. 6:20-cv-1210-GAP-GJK |
| JOMY STERLING, and STAR STATUS GROUP, | |
| Counterclaimants. | |
| v. | |
| DAVID NDALAMBA and TYLER GNASS, | |
| Counter Defendants. | |

## NOTICE OF APPEARANCE

TO ALL PARTIES AND THEIR COUNSEL OF RECORD, AND THE CLERK OF THE ABOVE TITLED COURT:

Please take notice that attorneys Adam C. Losey, Robert J. Rubin, and Ian T. Johnson of the firm of Losey PLLC, 1420 Edgewater Dr. Orlando, FL 32804, hereby enter their appearance as counsel of record for Plaintiffs DAVID NDALAMBA and STARLINE MEDIA, INC. in the above-captioned matter. The undersigned further request that copies of all documents, pleadings, notices,

motions, orders, and any and all other papers to be served or filed in the above-styled matter be directed to the undersigned.

Respectfully submitted this 8th day of October, 2021.

Adam C. Losey, Esq.
Florida Bar No. 69658
Robert J. Rubin, Esq.
Florida Bar No. 113393
Ian T. Johnson, Esq.
Florida Bar No. 1026225
LOSEY PLLC
1420 Edgewater Dr.
Orlando, FL 32804
(407) 906-1605
alosey@losey.law
rrubin@losey.law
ijohnson@losey.law
docketing@losey.law

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2021, a true and correct copy of this Motion was filed via the ECF system, causing a copy to be served on all counsel of record.

Adam C. Losey, Esq.
Florida Bar No. 69658

2