UNITED STATES DISTRICT COURT
MIDDLE DISTRICT FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DAVID NDALAMBA, and STARLINE MEDIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ELISHA TRICE, JOMY STERLING, and STAR STATUS GROUP, <br><br> Defendants; <br><br> JOMY STERLING, and STAR STATUS GROUP, <br><br> Counterclaimants. <br><br> v. <br><br> DAVID NDALAMBA and TYLER GNASS, <br><br> Counter Defendants. | C.A. No. 6:20-cv-1210-GAP-GJK |

## NOTICE OF APPEARANCE

TO ALL PARTIES AND THEIR COUNSEL OF RECORD, AND THE CLERK OF THE ABOVE TITLED COURT:

Please take notice that attorneys Adam C. Losey, Robert J. Rubin, and Ian T. Johnson of the firm of Losey PLLC, 1420 Edgewater Dr. Orlando, FL 32804, hereby enter their appearance as counsel of record for counter-defendant TYLER GNASS in the above-captioned matter. The undersigned further request that copies of all documents, pleadings, notices, motions, orders, and any and all other

1

papers to be served or filed in the above-styled matter be directed to the undersigned.

Respectfully submitted this 14th day of October, 2021.

           Adam C. Losey, Esq.
           Florida Bar No. 69658
           Robert J. Rubin, Esq.
           Florida Bar No. 113393
           Ian T. Johnson, Esq.
           Florida Bar No. 1026225
           LOSEY PLLC
           1420 Edgewater Dr.
           Orlando, FL 32804
           (407) 906-1605
           alosey@losey.law
           rrubin@losey.law
           ijohnson@losey.law
           docketing@losey.law

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2021, a true and correct copy of this Motion was filed via the ECF system, causing a copy to be served on all counsel of record.

           Adam C. Losey, Esq.
           Florida Bar No. 69658