UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO.: 6:20-CV-01210-GAP-GJK

**DAVID NDALAMBA, an individual resident
of Canada, and STARLINE MEDIA, INC., a
Canadian corporation,
Plaintiffs,**
v.
**ELISHA TRICE, an individual resident of Florida,
JOMY STERLING, an individual resident of Florida,
and STAR STATUS GROUP, a company of
unknown residency,
Defendants.**

_____/

## AGREED VERIFIED MOTION TO SUBSTITUTE COUNSEL/WITHDRAW AS COUNSEL

COMES NOW, LOUIS R. GIGLIOTTI, ESQ., and LOUIS R. GIGLIOTTI, PA, by and through undersigned counsel, and pursuant to Local Rule 2 02(c), moves this Court for an Order granting Counsel's Motion to Withdraw, and as for grounds, states as follows:

1. The undersigned represents Tyler Gnass, David Ndalamba, and Starline Media, Inc.

2. Gnass, Ndalamba and Starline Media, Inc. have obtained new counsel, Adam Losey, Esq. and Losey PLLC, who are now of record and have filed a Notice of Appearance for each party named herein.

3. Gnass, Ndalamba, and Starline Media, Inc. have been notified pursuant to the applicable Rules, and have expressly, and in writing, requested and approved the Substitution/Withdrawal, and approved it in writing.

4. I was the victim of a cyber attack whereby all of my files and correspondence regarding the matter have been deleted. All discovery I either received or sent is gone from my records as a result of the attack, including all communications with opposing counsel,

1

attachments, documents, and productions. I am thus unable to provide these records to Losey PLLC as they were destroyed.

5. All parties are fully represented and the Substitution/Withdrawal does not otherwise delay the proceedings.

6. Opposing counsel was notified and expressed no objection.

7. Undersigned counsel respectfully requests that all communications and papers be directed to Adam Losey, Esq. as primary and lead counsel.

8. Undersigned counsel also respectfully requests that they be relieved of any further responsibility for the case, the matter, and the issues currently before the Court.

WHEREFORE, undersigned counsel LOUIS R. GIGLIOTTI, ESQ. and LOUIS R. GIGLIOTTI, PA respectfully requests entry of an Order granting the Motion to Withdraw as Counsel, in that Adam Losey, Esq. and Losey PLLC have filed Notices of Appearance, and that all papers be directed to them as lead counsel; and further, that LOUIS R. GIGLIOTTI, ESQ. and LOUIS R. GIGLIOTTI, PA are relieved from any further obligation, or responsibility, for the case, and the issues before the Court, and declares under penalty of perjury that the foregoing is true and correct.

Dated: October 19, 2021                                                                 Louis R. Gigliotti, PA

By:/Louis R. Gigliotti, Esq./
Louis R. Gigliotti, Esq.
Florida Bar No.: 71935
1605 Dewey Street
Hollywood, FL 33020
Ph: (954) 471 4392
Email: lgigliotti@bellsouth.net

**CERTIFICATE OF SERVICE**

2

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via ECF and served via US Mail, first class, this 21st day of October 2020 to: 7090 SE 124th Lane, Belleview, FL 34420.

By: /Louis R. Gigliotti/
Louis R. Gigliotti, Esq.