## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| DAVID NDALAMBA and STARLINE MEDIA, INC., | |
| Plaintiffs, | |
| v. | |
| ELISHA TRICE, JOMY STERLING, and STAR STATUS GROUP, | C.A. No. 6:20-cv-1210-GAP-GJK |
| Defendants. | |
| JOMY STERLING and STAR STATUS GROUP, Counterclaimants, | |
| v. | |
| DAVID NDALAMBA and TYLER GNASS, Counterclaim Defendants. | |

### COUNTERCLAIM DEFENDANT TYLER GNASS'S UNOPPOSED MOTION AND MEMORANDUM OF LAW TO WITHDRAW OF HIS MOTION TO ALLOW LIVE VIDEO TESTIMONY AND REQUEST FOR LEAVE TO REFILE PRIOR TO THE NEW TRIAL DATE

Counterclaim Defendant TYLER GNASS ("Gnass"), by and through the undersigned counsel, hereby moves for permission to withdraw his currently pending Motion to Allow Live Video Testimony and to refile for live video testimony one month before trial as the circumstances dictate, and states as follows:

1

1.      On November 9, 2021, the Court entered a Notice of Date Certain for Trial, setting this case for trial commencing January 18, 2022. Doc. 92.

2.      On December 17, 2021, due to compelling circumstances related to the COVID-19 pandemic, Gnass timely filed a Motion to Allow Live Video Testimony. Doc. 108.

3.      On December 21, 2021, the parties filed a joint motion to continue trial due to the spread of the Omicron variant. Doc. 113. The Court granted this motion in part and continued the trial until April 4, 2022. Doc. 114.

4.      Given that the trial has been continued until April 4, 2022, Gnass respectfully moves to withdraw his Motion to Allow Live Video Testimony with leave to file a renewed motion to allow live video testimony on or before March 4, 2022, should the state of the COVID-19 pandemic at that time make a renewed request appropriate.

## **MEMORANDUM**

As addressed in Counterclaim Defendant's Motion, the Court has the authority to enter an Order to permit the use of contemporaneous transmission to accept testimony pursuant to Fed. R. Civ. P. 43(a).  Here Gnass has moved for an order permitting him to appear by live video at the trial of this matter, however, trial has recently been continued from January 18, 2021, to April 4, 2021.  The underlying basis for Gnass' motion is his wife's health and the Covid-19 virus, however, conditions regarding the virus continue to change rapidly.  As a result, Gnass requests leave to withdraw his current motion and to refile, if

2

appropriate, one month before trial.  This would permit the parties to address the then prevailing status of the Covid-19 virus and the Court to address this issue closer to the April 4, 2021, trial date.

WHEREFORE, Counterclaim Defendant TYLER GNASS respectfully withdraws his Motion to Allow Live Video Testimony and requests leave to file a renewed motion to allow live video testimony on or before March 4, 2022. Respectfully submitted this 29th day of December 2021.

*/s/ George R. Coe*
**George R. Coe, Esq.**
Florida Bar No. 298440
Primary: gcoe@losey.law
Secondary: docketing@losey.law
**Adam C. Losey, Esq.**
Florida Bar No. 69658
Primary: alosey@losey.law
**Robert J. Rubin, Esq.**
Florida Bar No. 113393
Primary: rrubin@losey.law
**LOSEY PLLC**
1420 Edgewater Dr.
Orlando, FL 32804
(407) 906-1605
*Trial Counsel for Plaintiffs and Gnass*

### CERTIFICATE OF CONFERRAL

Counterclaim Defendant Tyler Gnass, by and through his undersigned counsel, certifies that the undersigned counsel conferred with Counterclaimant's

counsel and that counsel stated he was not opposed to the relief sought in this motion.

*/s/ George R. Coe*
**George R. Coe, Esq.**
Florida Bar No. 298440

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2021, a true and correct copy of this Motion was filed via the ECF system, causing a copy to be served on all counsel of record.

*/s/ George R. Coe*
**George R. Coe, Esq.**
Florida Bar No. 298440