# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| DAVID NDALAMBA and STARLINE MEDIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ELISHA TRICE, <br> JOMY STERLING, <br> and STAR STATUS GROUP, <br><br> Defendants. <br><br> JOMY STERLING and STAR STATUS GROUP, <br><br> Counterclaimants, <br><br> v. <br><br> DAVID NDALAMBA and TYLER GNASS, <br><br> Counterclaim Defendants. | C.A. No. 6:20-cv-1210-GAP-GJK |

## DECLARATION OF DAVID NDALAMBA

I, David Ndalamba, hereby declare under penalty of perjury, 28 U.S.C. § 1746, that the following is true and correct to the best of my information and belief:

1. My name is David Ndalamba. I am over the age of 18 and competent to give this testimony. All facts alleged in this declaration are based upon my own personal knowledge.

2. I brought this action against Jomy Sterling and Star Status Group.

1

3. I have reviewed the document that Jomy Sterling attached to her Motion for Reconsideration as Exhibit A (the "Exhibit"). Doc. 105-1. A copy of Sterling's Exhibit A is attached hereto as **Exhibit 1**.

4. The Exhibit clearly shows that Crown Academy is using Royale High source code.

5. Starline Response pages 01022 through 01024 show source code that is distinctive to Royale High. This source code is part of Royale High's queuing system that is used to set the max number of requests per minute before the system sends a warning message to the server. Starline Response pages 01022 through 01029 are the subject of a Motion to Seal that is being filed contemporaneously with Plaintiffs' Response to the Motion for Reconsideration.

6. Pages 4 and 30 of the Exhibit show that Crown Academy uses Royale High's distinct system for sending warning messages to the server. *See* Exhibits 1 and 2.

7. Starline Response pages 01026 through 01027 show Royale High source code that processes requests through the backend server and counts the number of requests that occurred in the last minute so that Royale High can properly queue the requests. This is source code that is distinctive to Royale High.

8. Page 3 of the Exhibit shows that Crown Academy uses Royale High's distinct system for properly queueing requests. *See* Exhibit 1.

9. Starline Response pages 01027 through 01028 show Royale High source code that allows Royale High to queue requests and quickly send them to

an external server. It allows features in-game to quickly access external servers. This is source code that is distinctive to Royale High.

10. Page 30 of the Exhibit shows that Crown Academy uses Royale High's distinct system for accessing external servers. *See* Exhibit 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of December 2021.

                                                  Respectfully submitted,

                                        *David N*
                            _____
                                          David Ndalamba