# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| DAVID NDALAMBA, and STARLINE MEDIA, INC.<br>    Plaintiffs,<br><br>v.<br><br>ELISHA TRICE, JOMY STERLING, and STAR STATUS GROUP<br><br>    Defendants. | C.A. No. 6:20-CV-01210-GAP-GJK |
| JOMY STERLING and STAR STATUS GROUP<br>    Counterclaim Plaintiffs,<br><br>v.<br><br>DAVID NDALAMBA and TYLER GNASS<br><br>    Counterclaim Defendants. | |

### JOMY STERLING D/B/A STAR STATUS GROUP'S OPPOSITION TO PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT'S ORDER ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Jomy Sterling d/b/a Star Status Group ("**Ms. Sterling**"), by and through her undersigned counsel, hereby submits this memorandum in opposition to Plaintiffs' Motion for Reconsideration of the Court's Order on Defendants' Motion for Sum-

mary Judgment at (Doc. 103) (the "**Reconsideration Motion**"). David Ndalamba and Starline Media, Inc. are collectively referred to herein as "**Mr. Ndalamba**."

The Reconsideration Motion should be denied in its entirety because the Court did not commit clear error when it granted Ms. Sterling's motion for summary judgment on Count III of Mr. Ndalamba's Amended Complaint. And, assuming *arguendo*, the Court failed to consider the Gnass declaration as Mr. Ndalamba contends, such a failure does not change the appropriateness of the summary judgment order on Count III, because as argued in the Reply at (Doc. 69, p. 9), Mr. Ndalamba failed to provide evidence that he sustained any actual damages due to a breach of the NDA, a necessary element of his tortious interference with contractual relations claim. *See Murphree v. Colvin*, No. CV-12-BE-1888-M, 2015 U.S. Dist. LEXIS 18554, at *26 (N.D. Ala. Feb. 13, 2015) (reconsideration denied because any error made did not change the appropriateness of the summary judgment order); *see also SEC v. Diversified Corp. Consulting Grp.*, 378 F.3d 1219, 1228 (11th Cir. 2004) (The appeals court will not reverse a decision of the district court if such a decision is based on a harmless error).

## CONCLUSION

WHEREFORE, the Court should deny the Reconsideration Motion in its entirety.

### [SIGNATURE PAGE FOLLOWS]

DATED: December 30, 2021               Respectfully submitted

                                                Jomy Sterling AND
                                                Star Status Group
                                                By Their Attorney,
                                                <u>/s/ Shaun P. Keough</u>
                                                Shaun P. Keough (Trial Counsel)
                                                Florida Bar # 1000985
                                                PARKER KEOUGH LLP
                                                3505 Lake Lynda Dr. Suite 200
                                                Orlando, FL 32817
                                                Tel.: (321) 262-1146
                                                Fax.: (617) 963-8315
                                                E-mail: skeough@parkerkeough.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Court using the Court's CM/ECF System which will electronically serve a copy on December 30, 2021 on all counsel of record.

                                                BY: <u>/s/ Shaun P. Keough</u>
                                                Shaun P. Keough (Trial Counsel)
                                                Florida Bar # 1000985