UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DAVID NDALAMBA, and STARLINE MEDIA, INC.<br>  Plaintiffs,<br><br>v.<br><br>ELISHA TRICE, JOMY STERLING, and STAR STATUS GROUP<br><br>  Defendants. | C.A. No. 6:20-CV-01210-GAP-GJK |
| JOMY STERLING and STAR STATUS GROUP<br>  Counterclaim Plaintiffs,<br><br>v.<br><br>DAVID NDALAMBA and TYLER GNASS<br><br>  Counterclaim Defendants. | |

**JOMY STERLING D/B/A STAR STATUS GROUP'S OPPOSITION TO PLAINTIFFS' MOTION TO FILE CERTAIN COMPUTER CODE UNDER SEAL**

Jomy Sterling d/b/a Star Status Group ("**Ms. Sterling**"), by and through her undersigned counsel, hereby submits this memorandum in opposition to Plaintiffs' Motion to File Certain Computer Code Under Seal at (Doc. 125) (the "**Motion to Seal**"). David Ndalamba and Starline Media, Inc. are collectively referred to herein as "**Mr. Ndalamba**."

The Motion to Seal should be denied in its entirety because Mr. Ndalamba fails to satisfy the Local Rule 1.11 requirements and the applicable motion to seal standard in the Eleventh Circuit.

## RELEVANT BACKGROUND

On August 2, 2021, Ms. Sterling filed a motion for summary judgment at (Doc. 59). Ms. Sterling supplemented the summary judgment record pursuant to Local Rule 1.11 on August 25, 2021 (Doc. 62). In response, Mr. Ndalamba, on September 2, 2021, filed a motion asking the Court to accept late request for admission responses (Doc. 64) and, on September 3, 2021, filed a response to the motion for summary judgment, which included multiple exhibits (Doc. 66). Mr. Ndalamba, pursuant to Local Rule 1.11, supplemented the summary judgment record on September 20, 2021 by filing a 29-page PDF at (Doc. 70-1).

Ms. Sterling responded to the motion at (Doc. 64) on September 13, 2021 (Doc. 67), filed a reply in support of her motion for summary judgment on September 17, 2021 (Doc. 68), and filed a motion to strike on September 17, 2021. (Doc. 69). Mr. Ndalamba responded to the motion to strike on October 22, 2021. (Doc. 84).

The above-referenced filings and the Amended Complaint (Doc. 24) (including all exhibits attached to those filings) made up the entire summary judgment record prior to the Court's November 29, 2021 order on the motion for summary judgment and motion to strike (Doc. 97).

On December 16, 2021, Ms. Sterling filed a motion for reconsideration (Doc. 105). In response, Mr. Ndalamba, on December 30, 2021, filed a response to Ms. Sterling's motion for reconsideration (Doc. 123), which relies on a declaration that refers to eight pages of source code (Doc. 124) that Mr. Ndalamba now seeks to file under seal (Doc. 125). **However, these eight pages of source code were never submitted into the summary judgment record and were not part of the record prior to the Court's entry of the summary judgment order**. In any event, as discussed below, the code Mr. Ndalamba seeks to seal is not confidential or otherwise distinctive to Royale High, but is in fact standard programming code that many developers use to create features found in many games and applications.

## LEGAL STANDARD

A party seeking to file a document under seal must address the applicable requirements set forth in Local Rule 1.11 and the Eleventh Circuit standard concerning the public's common law interest to inspect and copy judicial records. *See, e.g.*, *Chicago Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1311-12 (11th Cir. 2001); *U.S. v. Rosenthal*, 763 F.2d 1291 (11th Cir. 1985). "[D]iscovery material filed in connection with pretrial motions that require judicial resolution of the merits is subject to the common-law right[.]" *Chicago Tribune*, 263 F.3d at 1312. "The right of access creates a rebuttable presumption in favor of openness of court records," *Gubarev v. Buzzfeed, Inc.*, 365 F. Supp. 3d 1250, 1256 (S.D. Fla. 2019), which "may be overcome by a showing of good cause, which requires balancing the as-

serted right of access against the other party's interest in keeping the information confidential. Whether good cause exists is decided by the nature and character of the information in question." *Romero v. Drummond Co., Inc.*, 480 F.3d 1234, 1246 (11th Cir. 2007) (internal quotations and alterations omitted).

## ARGUMENT

**A. Mr. Ndalamba's conclusory allegations of "distinctiveness" do not satisfy the motion to seal standard in the Eleventh Circuit.**

Alleging in conclusory fashion that the eight pages contain "distinctive" source code is not enough, especially in light of the other arguments raised below. As such, the Motion to Seal should be denied. *See Rodriguez v. Burgers*, No. 6:19-cv-1656-CEM-LRH, 2021 U.S. Dist. LEXIS 133398, at *4-5 (M.D. Fla. Mar. 24, 2021) (denying a motion to seal where the movant's conclusory statements about the documents failed to rebut the presumption in favor of openness).[1]

**B. Mr. Ndalamba fails to explain how features found in other games and applications are distinctive to Royale High.**

Mr. Ndalamba fails to explain how the features he describes in his declaration at (Doc. 124) are distinctive to Royale High. Without such an explanation, the declaration fails to provide a good cause basis to seal the eight pages of code. *See Rodriguez*, *supra*.

First, Mr. Ndalamba claims in his declaration at (Doc. 124, ¶ 5) that Starline Response pages 01022 through 01024 show a queuing system distinctive to Royale

---

[1] Mr. Ndalamba's declaration fails to provide **any** basis to seal the code shown on Starline Response pages 01025 and 01029.

Page 4 of 14

High. A queuing system used to set the max number of requests per minute before the system sends a warning message to the server is not distinctive. The queuing system to which Mr. Ndalamba refers is also known as a rate limiter which is commonly used in large scale server applications to allow the server to properly handle requests without crashing. This is not unique to Royale High as many large-scale games/applications utilize rate limiting to avoid going offline. *See* Sterling Declaration, attached hereto as **Exhibit 1**, ¶ 3 (Exhibit 1-1 to the declaration explains that "rate limits act as gatekeepers to control the amount of incoming or outgoing traffic to or from a network. An API rate limit might enforce, say, 100 requests per minute. Once requests exceed that number, it generates an error message to alert the requester that it exceeded the number of allotted requests in a specific time frame.").

Second, Mr. Ndalamba claims in is declaration at (Doc. 124, ¶ 7) that Starline Response pages 01026 through 01027 show code distinctive to Royale High that processes requests through the backend server and counts the number of requests that occurred in the last minute so that Royale High can properly queue the requests. Such a method and process is not distinctive to Royale high. This process is known as "last minute" request queuing and ties into the rate limiting or load balancing described above. Developers often discuss "last minute" request queuing and how to implement it on developer discussion boards. *See* **Ex. 1** at ¶ 4 (Exhibit 1-2 to the declaration shows a developer explaining to other developers the "queue approach,"

which can be used when you need to de-queue old requests to prioritize new requests that come in within the "last minute" so as not to overburden the system.)

Third, Mr. Ndalamba claims in is declaration at (Doc. 124, ¶ 9) that Starline Response pages 01027 through 01028 show code distinctive to Royale High that allows Royale High to queue requests and quickly send them to an external server. Such a method and process is not distinctive to Royale high. This method and process is known as request queuing and is widely used in many applications to prevent requests from disconnecting because the server can't handle more requests or otherwise generates error messages. *See* **Ex. 1** at ¶ 5 (Exhibit 1-3 to the declaration shows a third-party developer explaining to Mr. Ndalamba how to set up a more reliable request queuing system, to which Mr. Ndalamba (aka Ice7) responds "Hey that's brilliant! We will implement that. Thank you =).").

Mr. Ndalamba's declaration other than using the word "distinctive" does not explain how the features in Royale High are any different than the same features implemented by other developers and that are used in other games and applications. Without more, the declaration fails to provide a good cause basis to seal the eight pages of code. *See Rodriguez*, *supra*.

   **C. Pages 3, 4, and 30 of the Exhibit (Doc. 105-1) show that the code Mr. Ndalamba wants to file under seal is not confidential or otherwise distinctive to Royale High.**

Mr. Ndalamba claims that the eight pages of source code he wants to file under seal will purportedly show overlap between the Royale High code shown on

Page 6 of 14

those eight pages and the Crown Academy code already on the public docket. *See* (Doc. 123, pp. 16-17). Assuming, *arguendo*, Mr. Ndalamba's claim is true then the code he wants to file under seal is already on the public docket in the form of the Crown Academy code at pages 3, 4, and 30 of the Exhibit at (Doc. 105-1). *See also* (Doc. 70-1). So, Mr. Ndalamba's fear that filing the eight pages of code on the public docket would harm him is illusory and clearly does not rebut "the presumption in favor of openness of court records." *Rodriguez*, 2021 U.S. Dist. LEXIS 133398, at *3-4.

Further, as discussed below, because the Crown Academy code shown on pages 3, 4, and 30 of the Exhibit at (Doc. 105-1) consists of readily available and commonly used code and/or functions that together create standard features found in many games and applications (*see* Section B, *supra*), it follows that the code Mr. Ndalamba wants to file under seal – assuming, *arguendo*, he is correct about its relevance to his response to Ms. Sterling's motion for reconsideration – likewise consists of readily available and commonly used code that is not entitled to the protections afforded under Local Rule 1.11.

The following chart[2] shows that each line of code on Page 3 of the Exhibit consists of readily available and commonly used code and/or functions:

| Page 3 of the Exhibit (Doc. 105-1, p. 3) | Excerpts from publicly available sources showing code/functions in applicable CA code are common and readily available. *See* cited exhibits. |
|---|---|

---

[2] The charts provided herein are colored-coded for convenience.

| | |
|---|---|
| Table.insert(requestQueues, request)<br><br>end<br><br>function RemoteService:MakeRequest (endpoint, data, method)<br><br>local success, result = pcall(function()<br><br>requestsInLastMinute = requestsInLastMinute + 1<br><br>if not data.GUID then<br><br>data.GUID = HttpService:GenerateGUID(false)<br><br>end<br><br>if method == "POST" then<br><br>return HttpService:RequestAsync(<br><br>{<br><br>Url = URL .. endpoint,<br><br>Method = "POST",<br><br>Headers = {<br><br>["Authorization"] = "Bearer" .. TOKEN,<br><br>["Content-Type"] = "application/json",<br><br>},<br><br>Body = data.Body<br><br>} | "else," "return," "true," "end," "while," "function," "if," "then," "local," "for," "not," and "do" are standard programming keywords. *See* **Exhibit 2**.<br><br>"table.insert" is a function that "inserts an element in a given position of an array, moving up other elements to open space." *See* **Exhibit 3**; *see also* **Exhibit 4** ("table.insert" is a generic function).<br><br>"RequestQueue (request)" is a standard "[r]equest queue constructer." *See* **Exhibit 5**. The "request" parameter "is the actual handler of the HTTP requests." *Id.*<br><br>"RemoteService:MakeRequest" is "a common way to make HTTP requests." *See* **Exhibit 6** (Step 4 explains "remoteService.MakeRequest" is used for simple HTTP requests).<br><br>"endpoint, data, method" are common functions used to form client-server requests. *See* **Exhibit 7** (the "Anatomy of REST" section explains each function).<br><br>"local success, result = pcall(function()" consists of "pcall" which is "used to add error handling to functions." *See* **Exhibit 8**; *see also* **Exhibit 9** (developer discussing "local success, data = pcall(function()").<br><br>"requestsInLastMinute" is a function developers use to manage executions requests. *See* **Exhibit 10**.<br><br>"data.GUID" is used by other developers. *See* **Exhibit 11** (Lines 158 and 169 of publicly available code showing use of the "data.GUID" function).<br><br>"HttpService:GenerateGUID" is used "to generate and print a universally unique identifier." *See* **Exhibit 12** (example: "local |

| | |
|---|---|
| )<br><br>elseif method == "GET" then | result = HttpService:GenerateGUID(true)").<br><br>"method = = POST" is a function used by other developers. *See* **Exhibit 13** ("if request.method == POST" used as an example by third-party developer).<br><br>"HttpService:RequestAsync" is a HttpService function that "sends an HTTP request using a dictionary to specify the request data, such as the target URL, method, headers and request body data." *See* **Exhibit 14**; *see also* **Exhibit 15** (third-party developer using the HttpService:RequestAsync" function to target a specific URL).<br><br>"Headers = {" are commonly used by developers. *See* **Exhibit 16** (a third-party developer describing how to properly use "Header = {").<br><br>"["Authorization"] = "Bearer" .. TOKEN," is used by developers for authentication. *See* **Exhibit 17** (third-party developer publicly displaying the code: "local headers = {["Authorization"] = "Bearer…[TOKEN]").<br><br>"["Content-Type"] = "application/json"," is a common line of code. *See* **Exhibit 18** (third-party developer publicly describing code, which includes "["Content-Type"] = "application/json"").<br><br>"Body = data.Body" is commonly used by developers. *See* **Exhibit 19** (third-party developers discussing and utilizing the "data.Body" function).<br><br>"elseif method == "GET"" is a common function used by developers. *See* **Exhibit 20** (public developer code utilizing "if (request.method = "GET""); *see also* **Exhibit 21** (explaining use of if/then and elseif statements). |

The following chart shows that each line of code on Page 4 of the Exhibit consists of readily available and commonly used code and/or functions:

| Page 4 of the Exhibit (Doc. 105-1, p. 4) | Excerpts from publicly available sources showing code/functions in applicable CA code are common and readily available. *See* cited exhibits. |
|---|---|
| local HttpService = game:GetService("HttpService")<br><br>local MAX_REQUESTS_PER_MINUTE = 100<br><br>local MINIMUM_WARNING_TIME_SECONDS = 5<br><br>local URL = "http://66.42.83.111:8080"<br><br>local TOKEN = "5f71ff469c17b4a79ac5373c9aac8af8"<br><br>local requestsInLastMinute = 0<br><br>local lastRequestQueueWarningTime = 0<br><br>local requestsQueues = {}<br><br>function RemoteService:AddRequestToQueue(endpoint, data, method)<br><br>local guid = HttpService:GenerateGUID(false) | ""local HttpService = game:GetService("HttpService")" is a common line of code used by Roblox developers. *See* **Exhibit 22** (showing code that incorporates "local HttpService = game:GetService ("HttpService").<br><br>"MAX_REQUESTS_PER_MINUTE" is a function that is used in other games. *See* **Exhibit 23** (a game api utilizing the MAX_REQUESTS_PER_MINUTE" function).<br><br>"TIME_SECONDS" is commonly used by developers. *See* **Exhibit 24**.<br><br>"local URL" and "local TOKEN" used by developers for authentication. *See* **Exhibit 25**.<br><br>"requestsInLastMinute" is a function developers use to manage executions requests. *See* **Exhibit 26**.<br><br>"lastRequestQueueWarningTime" is a common function used by developers. *See* **Exhibit 27** (public code consisting of "lastQueueWarningTime").<br><br>"RequestQueues" is a standard "[r]equest queue constructer." *See* **Exhibit 5**.<br><br>"AddRequestToQueue" is a commonly used function. *See, e.g.,* **Exhibit 28** (see line 64); *see also* **Exhibit 7** (the "Anatomy of |

| | |
|---|---|
| `local request = {`<br><br>`GUID = guid,`<br><br>`Status = false,`<br><br>`Endpoint = endpoint,`<br><br>`Data = data,`<br><br>`Method = method`<br><br>`}` | REST" section explains each function).<br><br>"RemoteService" is a commonly used function. *See, e.g.,* **Exhibit 29** (Line 60 shows use of "RemoteService" in publicly available code).<br><br>"local" is a standard programming statement. *See* **Exhibit 30** ("local" vs. "global").<br><br>"guid = HttpService:GenerateGUID(false)" is used "to generate and print a universally unique identifier *See* **Exhibit 12** (example: "local result = HttpService:GenerateGUID(true)").<br><br>"endpoint, data, method" are common functions used to form client-server requests. *See* **Exhibit 7** (the "Anatomy of REST" section explains each function). |

The following chart shows that each line of code on Page 30 of the Exhibit consists of readily available and commonly used code and/or functions:

| Page 30 of the Exhibit (Doc. 105-1, p. 30) | Excerpts from publicly available sources showing code/functions in applicable CA code are common and readily available. *See* cited exhibits. |
|---|---|
| `retries[data.GUID] = retries[data.GUID] + 1`<br><br>`wait(1 + math.pow(2, retries[data.GUID]))`<br><br>`return self:MakeRequest(endpoint, data, method)`<br><br>`else`<br><br>`return true, result`<br><br>`end` | "data.GUID" is used by other developers. *See* **Exhibit 11** (Lines 158 and 169 of publicly available code showing use of the "data.GUID" function).<br><br>"retries = retries + 1" and "wait(1 + math.pow(2, retries)" are lines known and used by other third-party developers. *See, e.g.,* **Exhibit 31** (third-party developer explaining the referenced lines of code to Mr. Ndalamba (aka Ice7)). |

| | |
|---|---|
| end<br><br>function RemoteService:Start()<br><br>while true do<br><br>while requestsInLastMinute >= MAX_REQUESTS_PER_MINUTE do<br><br>if tick() – lastRequestQueueWarningTime > MINIMUM_WARNING_TIME_SECONDS then<br><br>warn ("HTTP Requests to the Crown Academy Web Server are queue (Queue Length:", #requestQueues ..")")<br><br>end<br><br>wait()<br><br>end<br><br>local success, result = pcall(function()<br><br>for _, request in ipairs(requestQueues) do<br><br>spawn(function() | "return self:MakeRequest" is a common function used by other developers. *See, e.g.*, **Exhibit 32** (Line 22 makes use of "self.makeRequest" along with variables "method" and "data").<br><br>"endpoint, data, method" are common functions used to form client-server requests. *See* **Exhibit 7** (the "Anatomy of REST" section explains each function).<br><br>"RemoteService" is a commonly used function. *See, e.g.*, **Exhibit 29** (Line 60 shows use of "RemoteService" in publicly available code).<br><br>"else," "return," "true," "end," "while," "function," "if," "then," "local," "for," "not," and "do" are standard programming keywords. *See* **Exhibit 2**.<br><br>"requestsInLastMinute" is a function developers use to manage executions requests. *See* **Exhibit 26**.<br><br>"MAX_REQUESTS_PER_MINUTE" is a function that is used in other games. *See* **Exhibit 23** (a game api utilizing the MAX_REQUESTS_PER_MINUTE" function).<br><br>"lastRequestQueueWarningTime" is a common function used by developers. *See* **Exhibit 27** (public code consisting of "lastQueueWarningTime").<br><br>"TIME_SECONDS" is commonly used by developers. *See* **Exhibit 24**.<br><br>"warn ("HTTP Requests…" is a common way to check if HTTP Requests are in a certain state. *See* **Exhibit 33**.<br><br>"local success, result = pcall(function()" is a common line of code. *See, e.g.*, **Exhibit 34** (Line 99 of publicly available code). |

|  | "ipairs" is a standard function that allows the code to go through each element of an array without needing to set starting or ending points. *See* **Exhibit 35**. |
|---|---|
|  | "requestQueues" is a standard "[r]equest queue constructer." *See* **Exhibit 5**. |
|  | "spawn(function()" is common function that allows certain processes to run simultaneously with other code. *See* **Exhibit 36**. |

Accordingly, because the code Mr. Ndalamba wants to seal consists of readily available and commonly used code/functions, there is no basis for filing the eight pages of code under seal. *See Rodriguez*, *supra*.

## CONCLUSION

WHEREFORE, the Court should deny the Motion to Seal in its entirety.

DATED: January 7, 2021                                  Respectfully submitted

                                                                                      Jomy Sterling AND
                                                                                      Star Status Group
                                                                                      By Their Attorney,
                                                                                      <u>/s/ Shaun P. Keough</u>
                                                                                      Shaun P. Keough (Trial Counsel)
                                                                                      Florida Bar  # 1000985
                                                                                      PARKER KEOUGH LLP
                                                                                      3505 Lake Lynda Dr. Suite 200
                                                                                      Orlando, FL 32817
                                                                                      Tel.: (321) 262-1146
                                                                                      Fax.: (617) 963-8315
                                                                                      E-mail: skeough@parkerkeough.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Court using the Court's CM/ECF System which will electronically serve a copy on January 7, 2021 on all counsel of record.

BY: /s/ Shaun P. Keough
Shaun P. Keough (Trial Counsel)
Florida Bar  # 1000985
