UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STARLINE MEDIA, INC. and
DAVID NDALAMBA,

        Plaintiffs,

v.                                           Case No: 6:20-cv-1210-GAP-GJK

STAR STATUS GROUP,
et al.

        Defendants.

| | |
|---|---|
| **JUDGE:** Gregory A. Presnell | **COUNSEL FOR PLAINTIFF:** George R. Coe, Robert Jett Rubin |
| **DEPUTY CLERK:** Lisa Milliron | |
| **COURT REPORTER:** Nikki Peters courttranscripts@outlook.com | **COUNSEL FOR DEFENDANT:** Shaun Patrick Keough |
| **SCHEDULED DATE/TIME:** January 10, 2022 at 10:30 AM | |

## MINUTES
### Telephonic Motion Hearing

10:31 a.m.     Court in session. Appearances. Procedural setting by the Court.

                      The Court hears argument on the motion (Doc. 102).

                      The motion remains under consideration.

- 2 -

10:49 a.m.		Court adjourned.

Total time in court: 18 minutes