# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

STARLINE MEDIA, INC. and DAVID NDALAMBA,

    Plaintiffs,

v.      Case No: 6:20-cv-1210-GAP-GJK

STAR STATUS GROUP,
ELISHA TRICE and
JOMY STERLING

    Defendants.

## ORDER

This matter is before the Court on Plaintiffs' Motion for Extension of Time to Complete Discovery (Doc. 102). In ruling on this Motion, the Court also considered Defendants' Response in Opposition (Doc. 118) and arguments presented at a telephonic hearing held on January 10, 2022. At the hearing, the parties advised that they have resolved the Motion as to the production of Roblox files in a usable format. Upon consideration, counsel for Defendants is hereby **ORDERED** to provide Plaintiffs within seven days all written communications, including attachments, between Defendants' counsel and Plaintiffs' prior counsel, Louis Raymond Gigliotti, Jr., or his firm, including emails, letters, and texts. The Court takes any remaining issues under advisement.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 10, 2022.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party