# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

STARLINE MEDIA, INC. and DAVID
NDALAMBA,

      Plaintiffs,

v.                                                                              Case No:   6:20-cv-1210-GAP-GJK

STAR STATUS GROUP,
ELISHA TRICE and
JOMY STERLING

      Defendants.

## ORDER TO SHOW CAUSE

This matter is before the Court sua sponte following a telephonic hearing on January 10, 2022. On October 22, 2021, Plaintiffs moved to amend the Court's Case Management and Scheduling Order following a ransomware attack against their former counsel, Louis Gigliotti, Jr. Among the concerns raised in that Motion was the fact that all of Mr. Gigliotti's email communications, including those with Defendant's counsel, were destroyed in the attack. In opposing the Motion, Defendant Jomy Sterling ("Sterling") stated that "Ms. Sterling has already offered to provide successor counsel with such emails and documents in the event successor counsel needs them to prepare for upcoming pre-trial and trial activities." Doc. 88 at 2. Sterling also stated, with respect to certain confidential

documents, that "Ms. Sterling will provide these documents to successor counsel if needed." Doc. 88 at 2 n.1. The Court denied Plaintiffs' Motion. Doc. 90.

Notwithstanding representations made to both Plaintiffs' new counsel and the Court, Sterling now refuses to provide Plaintiffs with copies of the lost communications with Mr. Gigliotti. This about-face refusal appears to be motivated by defense counsel's attempt to take unfair and unprofessional advantage of the unfortunate ransomware attack on Plaintiffs' former counsel.

Accordingly, Jomy Sterling and her counsel are **ORDERED** to show cause as to why sanctions should not be imposed for making misrepresentations to the Court in Sterling's Response in Opposition (Doc. 88). Sterling and her counsel shall file their response within seven days of the date of this order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 10, 2022.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party