# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

STARLINE MEDIA, INC. and DAVID NDALAMBA,

      Plaintiffs,

v.                              Case No:   6:20-cv-1210-GAP-GJK

ELISHA TRICE and
JOMY STERLING

      Defendants.

## ORDER

This matter is before the Court on Plaintiffs' Motion to Extend the Discovery Deadline and to Compel (Doc. 156). Plaintiffs ask the Court to compel Defendant Jomy Sterling ("Sterling") to produce "all nonprivileged Royale High documents in her possession, custody, or control, including the Royale High place file that Sterling shared on October 3, 2019." Doc. 156 at 8. In response, Sterling states that "in the interest of preserving judicial resources, [she] will assent to the relief requested by the Motion to Compel subject to the objections set forth below." Doc. 160 at 2. Her objections relate to factual concerns regarding the computer files that are not pertinent to resolution of Plaintiffs' Motion. She otherwise agrees to produce the requested documents. *Id.*

Accordingly, it is hereby **ORDERED** that Plaintiffs' Motion to Compel (Doc. 156) is **GRANTED** as unopposed. Defendant Jomy Sterling shall provide Plaintiffs with all nonprivileged Royale High documents in her possession, custody, or control, including the Royale High place file that Sterling shared on October 3, 2019, by 5:00pm on March 8, 2022.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 3, 2022.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party