UNITED STATES DISTRICT COURT
MIDDLE DISTRICT FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DAVID NDALAMBA and STARLINE MEDIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ELISHA TRICE, JOMY STERLING, and STAR STATUS GROUP, <br><br> Defendants. <br><br> JOMY STERLING and STAR STATUS GROUP, <br><br> Counterclaimants, <br><br> v. <br><br> DAVID NDALAMBA and TYLER GNASS, <br><br> Counterclaim Defendants. | C.A. No. 6:20-cv-1210-GAP-GJK |

**NOTICE OF APPEARANCE AND
DESIGNATION OF EMAIL ADDRESS**

PLEASE TAKE NOTICE that the undersigned counsel, THOMAS H. STANTON, ESQ, of the law firm STANTON IP LAW FIRM, P.A, hereby gives his Notice of Appearance as counsel for JOMY STERLING, and STAR STATUS GROUP, Defendants/Counterclaimants in the above-styled case and requests that all notices and papers be served upon the undersigned.

Dated:  March 3, 2022

NOTICE.OF. APPEARANCE

Respectfully submitted,

*/s/ Thomas H. Stanton*
Thomas H. Stanton
Stanton IP Law Firm, P.A.
201 E. Kennedy Blvd. Suite 1900
Tampa, FL 33602
tstanton@stantoniplaw.com
813.421.3883
Florida Bar Member – 127444
*Counsel for Defendants/Counterclaimants,*
*Jomy Sterling & Star Status Group*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 3, 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Thomas H. Stanton*
Thomas H. Stanton
Florida Bar No. 127444
Stanton IP Law Firm, P.A.
201 E. Kennedy Blvd. Suite 1900
Tampa, FL 33602
813.421.3883
tstanton@stantoniplaw.com
*Counsel for Defendants/Counterclaimants,*
*Jomy Sterling & Star Status Group*