UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STARLINE MEDIA, INC. and
DAVID NDALAMBA,

        Plaintiffs,

v.                                          Case No: 6:20-cv-1210-GAP-GJK

ELISHA TRICE and
JOMY STERLING

        Defendants.

| | |
|---|---|
| **JUDGE:** Gregory A. Presnell | **COUNSEL FOR PLAINTIFF:** George R. Coe and Robert Jett Rubin |
| **DEPUTY CLERK:** Lisa Milliron | |
| **COURT REPORTER:** Nikki Peters<br>courttranscripts@outlook.com | **COUNSEL FOR DEFENDANT JOMY STERLING:** Shaun Patrick Keough and Thomas Herbert Stanton |
| **SCHEDULED DATE/TIME:** March 9, 2022 at 1:00 PM | |

## MINUTES
### Final Pretrial Conference

1:01 p.m.    Court in session. Appearances. Procedural setting by the Court.

                       Court reviews with counsel the trial schedule, deadlines, and procedures. Written trial order will enter.

- 2 -

|  |  |
|---|---|
|  | For trial and trial documents presented to the jury, the style of this case will be modified to remove Defendant Elisha Trice. |
|  | The Court hears from counsel regarding the pending motion for Witness Tyler Gnass to appear via Zoom.  The Court will wait for Defendant's written response (due March 10, 2022) before ruling. |
|  | With regard to the objection to Plaintiffs' Exhibit 17, a brief of no more than five pages may be filed by March 15, 2022.  Plaintiffs may respond by March 18, 2022. |
|  | Court will appoint a settlement judge at the request of counsel.  Order to enter.  Plaintiffs' counsel will arrange the conference with the appointed judge's chambers after the order's entry. |
| 1:53 p.m. | Court adjourned. |

Total time in court: 52 minutes