### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

STARLINE MEDIA, INC. and DAVID
NDALAMBA,

       Plaintiffs,

v.                                                                    Case No:   6:20-cv-1210-GAP-GJK

ELISHA TRICE and
JOMY STERLING

       Defendants.

_____

### ORDER

This cause came before the Court during the final pretrial conference held

March 9, 2022.   At the conference, counsel for Plaintiffs and Defendants advised

the Court that they would like to mediate the case before a magistrate judge.

Therefore, it is

**ORDERED** that this case is referred to United States Magistrate Judge

Embry J. Kidd for a settlement conference.   Counsel for the parties shall

coordinate a date with Judge Kidd's chambers.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 9, 2022.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party