# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

STARLINE MEDIA, INC. and DAVID NDALAMBA,

      Plaintiffs,

v.                                                                                    Case No:   6:20-cv-1210-GAP-GJK

ELISHA TRICE and
JOMY STERLING

      Defendants.

## TRIAL ORDER

Upon consideration of the record herein, and the Final Pretrial Conference held on March 9, 2022, it is hereby

**ORDERED** that:

1. The trial of this case shall commence at **9:15 AM** on **April 4, 2022**.

2. It is estimated that the trial will take three to four days.

3. Seven jurors will be empaneled to try this case (See Fed. R. Civ. P. 48).

4. The Court will allow 30 minutes per side for opening statements.

5. The Court will conduct the jury voir dire, giving due consideration to questions proposed by the parties.

6. Each side will be allowed to exercise three peremptory challenges (28 U.S.C. § 1870). The parties may exercise their strikes alternately, beginning with the Plaintiff. Back strikes are permitted. If a party passes, it will constitute the use of a strike. If both parties pass during a round, no further challenges will be allowed.

7. **Witnesses.** By the conclusion of the proceedings each day, the party presenting its case shall advise the opposing party and the Court of those witnesses whom it intends to call the following day.

8. **Exhibits.** Benchbooks containing the "A" exhibits shall be supplied to the Court, a copy for the witness stand, and the originals to the courtroom deputy at the outset of the trial, together with an index and matrix reflecting any objections. All exhibits on the "A" list of the presenting party which are not objected to shall be introduced and admitted at the outset of that party's case.

9. **Demonstrative Exhibits.** Any demonstrative exhibits which either party plans to use at trial shall be shown to opposing counsel no later than 72 hours prior to trial.

10. **Trial Briefs.** Trial briefs (if filed) shall be filed no later than seven days before trial, and shall be no more than 10 pages in length.

11. **Deposition Testimony.** No deposition testimony has been designated.

12. The rule of sequestration of witnesses has been invoked (Fed.R.Evid. 615). Counsel for each party is instructed to ensure compliance with the Rule with respect to their witnesses.

13. After the first day of trial, the Court will normally be in session from 8:30 a.m. until 4:30 p.m. each day with one hour and fifteen minutes for lunch. However, this schedule may change as circumstances require.

14. Counsel, parties and witnesses appearing in Court shall dress appropriately.

15. Pursuant to Local Rule 7.02, members of the Florida Bar or counsel otherwise authorized to practice in this court are permitted to bring into the courthouse electronic equipment for use during trial, subject to the equipment's inspection by security.

16. By no later than March 25, 2022, counsel shall provide the Court a Word version of their proposed jury instructions by emailing them to chambers_FLMD_Presnell@flmd.uscourts.gov.

17. Counsel who will be using the courtroom equipment (e.g. laptop connections, document camera, etc.) are encouraged to make an

appointment with the chambers paralegal, Lisa Milliron, schedule permitting, prior to trial for a demonstration of the technology and to test equipment compatibility.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 9, 2022.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party