**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**STARLINE MEDIA, INC. and
DAVID NDALAMBA,**

        **Plaintiffs,**

v.                                      Case No: 6:20-cv-1210-GAP-GJK

**ELISHA TRICE and JOMY
STERLING,**

        **Defendants.**

### ORDER REGARDING SETTLEMENT CONFERENCE

This case has been referred to the undersigned for a settlement conference. (Doc. 168.) <u>All parties and their counsel</u> shall appear before the undersigned on **Wednesday, March 23, 2022, at 11:00 A.M.** via Zoom. Zoom ID and password will be provided by email. Business attire is required for all Zoom hearings. Counsel are required to appear with their cameras on unless the Court has granted in advance leave to appear telephonically.

The undersigned has observed that settlement conferences are often unproductive unless the parties have made a serious effort to settle the case on their own by exchanging demands and offers before the conference. Accordingly, before arriving at the settlement conference the parties are to negotiate and make a **<u>good faith effort</u>** to settle the case without the involvement of the Court as follows:

1. **On or before Tuesday, March 15, 2022,** Plaintiffs shall make a written offer to Defendants, which contains a detailed explanation of the basis for any monetary amount or other type of relief demanded; and

2. **On or before Friday, March 18, 2022,** Defendants shall make a written counteroffer to Plaintiffs with an explanation of how it arrived at any monetary amount or other type of relief offered.

In the event the foregoing exchange does not resolve this matter, it is further **ORDERED** that:

**On or before Monday, March 21, 2022,** each party shall provide the undersigned with a concise, confidential statement of the evidence the party expects to produce at trial and a full outline of the settlement negotiations to date, including a copy of Plaintiffs' written offer and Defendants' counteroffer outlined above. Each party shall e-mail their respective reports to chambers_flmd_Kidd@flmd.uscourts.gov.

**The foregoing deadlines will not be extended absent a showing of extraordinary good cause**.

The representatives attending the settlement conference shall have authority to resolve the case. Thus, <u>**an individual with full authority to execute any written settlement agreement ultimately reached shall be present at the conference**</u>. **A party that does not appear with an individual with full settlement authority may be subject to the imposition of sanctions**. Likewise, a party that fails to negotiate in good faith during the settlement conference may be subject to the imposition of sanctions.

Should a compromise be reached, the parties will be expected to reduce their agreement to writing at the settlement conference.

**DONE** and **ORDERED** in Orlando, Florida on March 9, 2022.

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE