## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**STARLINE MEDIA, INC. and**
**DAVID NDALAMBA,**

       **Plaintiffs,**

**v.**                     **Case No: 6:20-cv-1210-GAP-GJK**

**ELISHA TRICE and JOMY**
**STERLING,**

       **Defendants.**

### NOTICE OF IMPASSE

On March 23, 2022, the parties appeared for a magistrate judge settlement conference. The settlement conference ended in an impasse.

**ENTERED** in Orlando, Florida on March 23, 2022.

 

 

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE