# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| DAVID NDALAMBA, and STARLINE MEDIA, INC.<br>        Plaintiffs,<br><br>v.<br><br>ELISHA TRICE, JOMY STERLING, d/b/a STAR STATUS GROUP<br><br>        Defendants. | C.A. No. 6:20-CV-01210-GAP-GJK |
| JOMY STERLING d/b/a STAR STATUS GROUP<br>        Counterclaim Plaintiffs,<br><br>v.<br><br>DAVID NDALAMBA and TYLER GNASS<br><br>        Counterclaim Defendants. | |

### JOMY STERLING'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO SUBMIT PROPOSED JURY INSTRUCTIONS

Defendants/Counterclaim Plaintiff, JOMY STERLING d/b/a STAR STATUS GROUP ("Sterling"), hereby files this Unopposed Motion for Enlargement of Time to submit Proposed Jury Instructions, and states as follows:

## Factual Background

On March 23, 2022, the parties engaged in a Settlement Conference with Magistrate Judge Embry J. Kidd. While the Settlement Conference ended in an impasse, the Plaintiffs requested Sterling's offer remain open until close of business on March 25, 2022. Despite negotiations continuing past 4:00pm, the parties were unable to reach an agreement. As such, Sterling is requesting until Tuesday, March 29, 2022 to submit proposed jury instructions, including responding to newly proposed jury instructions submitted by the Plaintiffs.

## Prayer for Relief

Sterling requests until March 29, 2022 to submit proposed jury instructions to the Court.

## Local Rule 3.01(g) Certification

I hereby certify that counsel for Sterling conferred with opposing counsel with respect to the issues raised by the instant motion. Opposing counsel indicated that they did not oppose the motion.

DATED: March 25, 2022        Respectfully submitted

/s/ Shaun P. Keough
Shaun P. Keough
Florida Bar  # 1000985
3505 Lake Lynda Dr. Suite 200
Orlando, FL 32817
Tel.: (321) 262-1146
E-mail:
skeough@yourtrademarkdefender.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Court using the Court's ECF System which will electronically serve a copy on March 25, 2022 on all counsel of record.

> BY: /s/ Shaun P. Keough
> Shaun P. Keough (Trial Counsel)
> Florida Bar  # 1000985