# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**STARLINE MEDIA, INC. and DAVID NDALAMBA,**

      Plaintiffs,

v.                        Case No. 6:20-cv-1210-GAP-GJK

**JOMY STERLING,**

      Defendant.

| **US DISTRICT JUDGE:** | Gregory A. Presnell | **COURTROOM:** | 5A |
|---|---|---|---|
| **DEPUTY CLERK:** | Anita Chenevert | **COUNSEL FOR PLAINTIFF:** | George R. Coe<br>Robert Rubin |
| **COURT REPORTER** | Nikki Peters<br>courttranscripts@outlook.com | **COUNSEL FOR DEFENDANT:** | Shaun P. Keough<br>Thomas H. Stanton |
| **DATE TIME:** | March 31, 2022<br>10:30 A.M. -11:15 A.M. | | |
| **TOTAL TIME:** | 45 minutes | | |

## CLERK'S MINUTES – Supplemental final pretrial conference

Court provides counsel with the propose jury questionnaires that will be provided the morning of trial and Court's Proposed Instructions (version 1).

Court and counsel confer regarding schedule and issues of trial.

Court will enter an order bifurcating the defamation counterclaim with the expectation that it will be tried in front of the same jury.

If counsel for Plaintiffs believe statutory damages apply the Court directs counsel to file a legal brief by 5 p.m. on April 1, 2022.

On Monday, April 4, 2022, Counsel for Plaintiff shall notify the court and opposing counsel what choice of damages they intend to pursue.

Court will admit (at the outset of trial) all plaintiffs' exhibits not objected to (4, 5, 7, 8, 10, 12, *17, 18, 23-35) unless Plaintiffs intend to withdraw any of the exhibits.  Counsel may use those exhibits during opening statements.

Court discusses Mr. Trice.

Counsel inquires to the Court as to how to deal with highly confidential documents that may come in during the trial.  If the Court agrees they would filed under seal and jury advised they cannot disclose the documents beyond using to reach a verdict.

*Counsel for defendant was given opportunity to brief the court on this exhibit and failed to do so and thereby waived objection.