# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

STARLINE MEDIA, INC. and DAVID NDALAMBA,

      Plaintiffs,

v.                                          Case No:   6:20-cv-1210-GAP-GJK

JOMY STERLING

      Defendant.

## ORDER

This matter is before the Court following the Final Pretrial Conference held on March 31, 2022. At that conference, the Court raised with he parties its concerns regarding certain unresolved matters of law with respect to Defendant Jomy Sterling's counterclaims for defamation and trade libel.

As discussed in open court, it is hereby **ORDERED** that the jury trial in this case will be bifurcated into two phases. In the first phase, the parties will try Plaintiffs' claims for copyright infringement, trade secret misappropriation, and tortious interference before the jury as scheduled on April 4, 2022. Once the jury has rendered its verdict as to those claims, the Court will set the schedule and procedure for a second phase dealing with the defamation and trade libel counterclaims.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 31, 2022.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party