# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| DAVID NDALAMBA, and STARLINE MEDIA, INC.<br>　　　　Plaintiffs,<br><br>　　v.<br><br>ELISHA TRICE, JOMY STERLING, d/b/a STAR STATUS GROUP<br><br>　　　　Defendants. | C.A. No. 6:20-CV-01210-GAP-GJK |
| JOMY STERLING d/b/a STAR STATUS GROUP<br>　　　　Counterclaim Plaintiffs,<br><br>　　v.<br><br>DAVID NDALAMBA and TYLER GNASS<br><br>　　　　Counterclaim Defendants. | |

## JOMY STERLING'S LIST OF DEFAMATORY STATEMENTS

Per the Court's request, Jomy Sterling d/b/a Star Status Group ("**Ms. Sterling**") respectfully submits the following list of statements she contends form the basis for her defamation and trade libel claims:

Page 1 of 3

**The Call Between Ndalamba, Gnass, and Ted Davis (the "Call")[1]:**

1. Mr. Gnass made the following statements about Ms. Sterling in the published YouTube video: (a) she has "stolen shit from other people" and scammed people," *see* 7:50 of Call; (b) she has stolen assets from me, *see* 34:22 of Call; and (c) she "stole the Royale High shop," *see* 36:58 of Call.

2. Mr. Ndalamba made the following statements about Ms. Sterling in the published YouTube video: (a) she "has ruined" other peoples' lives, *see* 2:00 of Call; (b) she has "stolen stuff" and "gotten people to steal stuff" for her, *see* 8:10 of Call; (c) we have a massive amount of evidence of Ms. Sterling's theft, *see* 13:34 of Call; and (d) I wouldn't be surprised if she swatted someone or physically harmed someone, *see* 39:08 of Call.

**The Twitlonger Post**

"To summarize things in a nutshell, Eli worked for Royale High for a brief period of time, so he had access to the game. He used this access to download copies of our game (versions even after he was contracted) that were used in production of their game, Crown Academy. **PixelatedCandy [aka Jomy Sterling] was aware and supportive of the theft, and even instructed him to steal because she**

---

[1] A recording of the call was sent via a Dropbox Transfer link to Judge Presnell's chambers and Deputy Clerk, Lisa Milliron on April 4, 2022.

**knew that he had access to our game**." *See* **Ex. 9** to Ms. Sterling's Exhibit A List at (Doc. 98-3) (emphasis added).