UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STARLINE MEDIA, INC. and
DAVID NDALAMBA,

        Plaintiffs,

v.                                                Case No: 6:20-cv-1210-GAP-GJK

JOMY STERLING, dba Star Status
Group,

        Defendant.

| | | | |
|---|---|---|---|
| **JUDGE:** | Gregory A. Presnell | **COUNSEL FOR PLAINTIFF:** | George R. Coe and Robert Jett Rubin |
| **DEPUTY CLERK:** | Lisa Milliron | | |
| **COURT REPORTER:** | Heather Suarez | **COUNSEL FOR DEFENDANT:** | Shaun Patrick Keough and Thomas Herbert Stanton |
| **SCHEDULED DATE/TIME:** | April 6, 2022 at 8:30 AM | | |

## MINUTES
### Jury Trial – Day Three

| | |
|---|---|
| 8:31 a.m. | Court in session. Version three of jury instructions provided to counsel. Defense rests. |

| | |
|---|---|
| 8:34 a.m. | Jury enters the courtroom. Plaintiff recalls Jomy Sterling for the limited purpose of inquiring as to the demonstrative exhibit that was illegible during her cross-examination yesterday. |
| 8:42 a.m. | Cross-examination. |
| 8:43 a.m. | Court talks to the jury regarding the status of trial. |
| 8:46 a.m. | Jury leaves the courtroom. |
| 8:48 a.m. | Recess. |
| 9:17 a.m. | Reconvene. The Court denies the motion for judgment as a matter of law. Order to enter. |
| | Charge conference. |
| 9:57 a.m. | Recess. |
| 10:25 a.m. | Reconvene. Final jury instructions and verdict form provided to counsel. |
| 10:27 a.m. | Jury enters the courtroom. Court charges the jury. |
| 11:00 a.m. | Closing argument by counsel for Plaintiffs. |
| 11:22 a.m. | Closing argument by counsel for Defendant. |
| 11:35 a.m. | Rebuttal argument by counsel for Plaintiff. |
| 11:40 a.m. | The Court gives final instructions to the jury. |
| 11:45 a.m. | The jury retires to begin their deliberations. Miscellaneous matters. |
| 11:50 a.m. | Recess. |
| 1:15 p.m. | Reconvene. Jury question. The Court inquires with counsel regarding the response. Jury enters the courtroom. The Court answers their question. |
| 1:19 p.m. | Jury returns to their deliberations. Counsel provided with version one of the jury instructions for the possible punitive phase of trial. |
| 1:27 p.m.. | Evidentiary and scheduling matters regarding defamation phase of trial. |
| 1:40 p.m. | Jury enters the courtroom. Verdict. |
| 1:46 p.m. | Jury dismissed for the day, and will return for phase two of trial Thursday, April 7, 2022. |
| | Scheduling and evidentiary matters. |
| 1:53 p.m. | Recess. |
| 2:21 p.m. | Reconvene. Court discusses with counsel the logistics of the next phase of trial, along with evidentiary matters. |

- 3 -

2:37 p.m.		Court adjourned for the day.


		Total time in court:  three hours, 16 minutes