UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STARLINE MEDIA, INC. and DAVID
NDALAMBA,

        Plaintiffs,

v.                                    Case No:   6:20-cv-1210-GAP-GJK

JOMY STERLING d/b/a STAR
STATUS GROUP

        Defendant.

---

VERDICT FORM (PLAINTIFFS' CLAIMS)

SECTION I: Copyright Infringement (Count I)

1. Is any part of the claimed work:
   a. A portion of a work that is not original to the author;
   b. A portion of the work that is in the public domain; or
   c. An idea, concept, principle, discovery, fact, actual event, process, or method expressed or described in a work?

   √ Yes ____ No

   If your answer is "Yes" with respect to any material in which the Plaintiffs are claiming copyright protection, you should exclude that material from your consideration of Plaintiffs' copyright-infringement claim and continue to Question 2.

2. Do you find by a preponderance of the evidence that Sterling copied Plaintiffs' work?

   ____Yes __✓__No

   If your answer is "Yes," your verdict on Count I is for Plaintiffs. Otherwise, if your answer is "No," your verdict on Count I is for Defendant.

SECTION II: Tortious Interference with a Contractual Relationship (Count III)

1. Did Sterling intentionally interfere with a contract between Plaintiffs and Elisha Trice?

   ____Yes __✓__No

   If your answer is "No," your verdict on Count III is for Defendant and you should proceed to the next section. Otherwise, if your answer is "Yes," then answer Question 2.

2. Was Sterling's interference with the contract between Plaintiffs and Elisha Trice the legal cause of loss or damage to Plaintiffs?

   ____Yes ____No

   If your answer is "No," your verdict on Count III is for Defendant and you should proceed to the next section. Otherwise, if your answer is "Yes," then your verdict is for Plaintiffs, and you should continue to Question 3.

3. Do you find by clear and convincing evidence that, with respect to her interference with the contract between Plaintiffs and Elisha Trice, Sterling was guilty of intentional misconduct or gross negligence, which was the substantial cause of a loss or damage?

   ____Yes ____No

SECTION III: Misappropriation of Trade Secrets (Count IV)

1. Is the portion of the Royale High code written by Plaintiffs, Plaintiffs' property?

   ✓ Yes ___ No

   If your answer is "No," your verdict on Count IV is for Defendant and you should proceed to the next section. Otherwise, if your answer is "Yes," then answer Question 2.

2. Did that portion of the Royale High code derive actual or potential independent economic value from not being generally known to other persons who could obtain value from its disclosure or use?

   ✓ Yes ___ No

   If your answer is "No," your verdict on Count IV is for Defendant and you should proceed to the next section. Otherwise, if your answer is "Yes," then answer Question 3.

3. Was that portion of the Royale High code readily ascertainable by proper means by other persons?

   ___ Yes ✓ No

   If your answer is "Yes," your verdict on Count IV is for Defendant and you should proceed to the next section. Otherwise, if your answer is "No," then answer Question 4.

4. Did Plaintiffs take reasonable steps, under the circumstances, to maintain the secrecy of that portion of the Royale High code?

   ✓ Yes ___ No

   If your answer is "No," your verdict on Count IV is for Defendant and you should proceed to the next section. Otherwise, if your answer is "Yes," then answer Question 5.

5. Did Sterling misappropriate Plaintiffs' Royale High code?

    ____Yes __✓__No

    If your answer is "Yes" to Question 5, then your verdict on Count IV is for Plaintiffs and you should proceed to Question 6. Otherwise, if you answered "No" to Question 5, then your verdict on Count IV is for Defendant and you should proceed to the next section.

6. Do you find by clear and convincing evidence that Sterling willfully and maliciously misappropriated Plaintiffs' Royale High code?

    ____Yes ____No

## SECTION IV: Damages

**Part 1:** If you answered "Yes" to Question 2 in Section I, please answer the following question. If you answered "No" to Question 2, please proceed to Part 2.

1. What amount of net profit attributable to the infringement of the copyrighted work, if any, have Plaintiffs proven by a preponderance of the evidence was received by Sterling?

    $_____

Please proceed to Part 2.

**Part 2:** If you answered "Yes" to Question 2 in Section II, please answer the following questions. If you answered "No" to that question, please proceed to Part 3.

1. What amount, if any, should Plaintiffs be awarded damages to compensate for the loss caused by Sterling's interference with Plaintiffs' contract with Elisha Trice? Do not include damages that you have already taken into account in calculating Plaintiffs' damages in this case.

    $ _____

    If you answered yes to question 3 in Section II, please answer the following question. If you answered "No" to that question, please proceed to Part 3.

2. If you awarded damages in response to Question 1 in this part, **should punitive damages be assessed against Sterling?**

    ____Yes ____No

    **Please proceed to Part 3.**

**Part 3:** If you answered "Yes" to Question 5 in Section III, please answer the following questions. If you answered "No," **your verdict is complete. Please sign and date the verdict form.**

1. In what amount of unjust enrichment, if any, should Plaintiffs be awarded with respect to Sterling's misappropriation of Plaintiffs' trade secrets. Do not include damages that that you have already taken into account in calculating Plaintiffs' damages in this case.

    $ _____

    If you answered yes to question 6 in Section III, please answer the following question. If you answered "No" to that question, your verdict is complete. Please sign and date the verdict form.

-5-

2. If you awarded damages in response to Question 1 in this part, **should exemplary damages be assessed against Sterling?**

   ____Yes ____No

   If you have answered all the appropriate questions in Parts 1 through 3, your verdict is complete. Please sign and date the verdict form.

   SO SAY WE ALL.

   DATED: 4/6/2022

   ███████████████████████
   Foreperson