# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

STARLINE MEDIA, INC. and DAVID NDALAMBA,

      Plaintiffs,

v.    Case No:   6:20-cv-1210-GAP-GJK

JOMY STERLING,
dba: Star Status Group

      Defendant

## ORDER

This matter is before the Court on Defendant's Motion for Attorneys' Fees (Doc. 215). Defendant's Motion is replete with what appears to be citations to an unofficial version of the trial transcript. Because the unofficial transcript cannot be relied on as authority, the Court cannot consider the Motion in its current state. Accordingly, it is hereby **ORDERED** that Defendant's Motion for Attorneys' Fees (Doc. 215) is **STRICKEN** from the docket.[1]

---

[1] The Court understands that an official version of the trial transcript is being prepared. If Defendant wishes, she may file another motion for fees using appropriate citations to the official transcript at a later date.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 28, 2022.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party